IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) ) | Case No. 25-90186 |
| Debtors. | ) ) ) | (Jointly Administered) (Re: Docket No. _____) |

**ORDER (I) AUTHORIZING THE USE OF ESTATE PROCEEDS FREE AND
CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES,
(II) DETERMINING THAT THE RIPPLE SALE PROCEEDS ARE ASSETS OF
THE BANKRUPTCY ESTATE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**"), among other things, (i) authorizing the Debtors' use of proceeds earned from the sale of the Ripple Shares free and clear of all liens, claims, encumbrances, and other interests, (ii) determining the Ripple Proceeds are assets of the Debtors' bankruptcy estate and may be used by the Debtors for the daily operations of the enterprise, which includes the administration of the Chapter 11 Cases during their pendency, and (iii) granting related relief, all as more fully set forth in the Motion; this Court having found that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (d) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

(e) upon all of the proceedings had before this Court; and after due deliberation and there being sufficient cause for the relief requested,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. All objections to the relief requested in the Motion that have not been withdrawn, waived, or settled as announced to the Court at the hearing on the Motion are overruled.

3. The Debtors are authorized to use the Cash Assets for daily operational expenses including the ongoing costs associated with these Chapter 11 Cases, solely in accordance with the Approved Budget and the terms of the *Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* or Final Order *(I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Post-Petition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, and (III) Granting Related Relief*, as applicable.

4. In the event of any inconsistencies between this Order and the Motion, this Order shall govern.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2025.

                                              ALFREDO R. PEREZ
                                              UNITED STATES BANKRUPTCY JUDGE