IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) ) ) | Case No. 25-90186 |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) ABANDON CERTAIN PERSONAL PROPERTY EFFECTIVE AS OF THE REJECTION DATE, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") (i) authorizing the Debtors to (a) reject certain of their prepetition unexpired leases of nonresidential real property, effective as of the Rejection , (b) abandon any equipment, fixtures, furniture, or other personal property remaining in the premises of the leases, and (ii) reject certain executory contracts, effective as of the Rejection Date, and (iii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Leases set forth on **Schedule 1** and the Contracts set forth on **Schedule 2** attached hereto are hereby rejected effective as of the Rejection Date.

3. Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtors are authorized, but not directed, to abandon the Personal Property that may be located on each of the Premises, and the applicable counterparty to each Lease is authorized to dispose of the Personal Property without notice or liability to any party. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

4. The Debtors shall not be liable for any additional administrative expenses arising after the Rejection Date with respect to the Contracts and Leases.

5. Nothing herein shall impair, prejudice, waive or otherwise affect the rights of the Debtors to: (a) assert that the Contracts and Leases (i) were terminated prior to the Petition Date, or (ii) are not executory contracts or unexpired leases under 365 of the Bankruptcy Code; (b) assert that any claim for damages arising from the rejection of the Contracts and Leases is limited to the

remedies available under any applicable termination provisions of the Contracts and Leases; (c) assert that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise contest any claims that may be asserted in connection with the Contracts and Leases. All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Contracts and Leases, whether or not such claims arise under the applicable Contract or Lease or are related to the rejection of, or independent of the Contracts and Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise such rights, claims, defenses and causes of action.

6. Claims arising out of the rejection of the Contracts and Leases must be filed on or before the later of (a) the deadline for filing proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court, or (b) thirty (30) days after entry of this Order.

7. The requirements of Bankruptcy Rule 6006 are satisfied.

8. Entry of this Order will not prevent the Debtors from seeking to assume or reject an executory contract and/or unexpired lease by separate motion or pursuant to a Chapter 11 plan.

9. Notwithstanding any stay that may be imposed by the Bankruptcy Rules or otherwise, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2025

                                              ALFREDO R. PEREZ
                                              UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

### Leases to Be Rejected[1]

| Premises | Debtor Counterparty | Landlord Counterparty | Landlord Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|
| 101 Metro Drive, Suite 335, San Jose, California | Linqto, Inc. | Hudson Metro Plaza, LLC | Hudson Pacific Properties, Inc. 2055 Gateway Place Suite 200 San Jose, CA 95110 | Executive Suites License Agreement, dated January 26, 2022 | 7/14/2025 |
| Unit 012, located at 200 Country Club Gate Center, Suite 12, Pacific Grove, California within the shopping center commonly known as Country Club Gate Shopping Center | Linqto, Inc. | B10 Mountain B SF LP | P.O Box 845403 Dallas, TX 75284-5403 | Shopping Center Lease, dated October 31, 2011 | 7/14/2025 |

---

[1] The Leases referenced herein include all amendments, modifications and letter agreements related thereto.

## Schedule 2

## Contracts to Be Rejected[1]

| Contract Counterparty | Counterparty Address | Debtor Counterparty | Contract to be Rejected | Description | Rejection Date |
|---|---|---|---|---|---|
| Appsmith Inc. | 2261 Market Street, 4147<br>Attn: Abhishek Nayek<br>San Francisco, CA 94114 | Linqto, Inc. | Appsmith Enterprise Edition Subscription Agreement, dated October 23, 2024 | Unlimited usage, users, and production applications for app development platform | 7/14/2025 |
| CB Information Services, Inc. | 498 7th Avenue, 12th Floor<br>Attn: Officer, Managing Agent, or General Agent<br>New York, NY 10018 | Linqto, Inc. | Master Subscription Agreement and Order Form Agreement, dated July 27, 2023 | Software license subscription agreement | 7/14/2025 |
| CB Information Services, Inc. | 498 7th Avenue, 12th Floor<br>Attn: Officer, Managing Agent, or General Agent<br>New York, NY 10018 | Linqto, Inc. | Master Subscription Agreement and API Trial Agreement, dated November 5, 2024 | License for marketing API | 7/14/2025 |
| Datasite LLC | 733 S. Marquette Avenue Suite 600<br>Attn: Pamela Bartz<br>Minneapolis, MN 55402 | Linqto, Inc. | General Terms and Conditions and Statement of Work, dated May 4, 2023 | Secure data repository | 7/14/2025 |
| Freshworks Inc. | 2950 S. Delaware Street, Suite 201<br>Attn: Officer, Managing Agent, or General Agent<br>San Mateo, CA 94403 | Linqto, Inc. | Service Order Form and Freshworks Terms of Service effective as of May 31, 2023 | IT software subscription | 7/14/2025 |

---

[1] The Contracts referenced herein include all amendments, modifications and letter agreements related thereto.

1

| Contract Counterparty | Counterparty Address | Debtor Counterparty | Contract to be Rejected | Description | Rejection Date |
|---|---|---|---|---|---|
| FullStory | 1745 Peachtree Street, NW Suite N<br>Attn: Officer, Managing Agent, or General Agent<br>Atlanta, GA 30309 | Linqto, Inc. | Master Services Agreement, all order forms thereunder, and the terms and conditions incorporated therein | Software subscription agreement | 7/14/2025 |
| Gong.io Inc | PO Box 190250<br>Attn: Officer, Managing Agent, or General Agent<br>San Francisco, CA 94119 | Linqto, Inc. | Order Summary Form, dated January 26, 2024 | Software subscription services | 7/14/2025 |
| ICR LLC | 761 Main Avenue<br>Attn: Officer, Managing Agent, or General Agent<br>Norwalk, CT 06851 | Linqto, Inc. | Consulting Agreement, dated September 10, 2024 | Investor relations consulting services | 7/14/2025 |
| Impact Tech, Inc. | 223 E. De La Guerra Street<br>Attn: Officer, Managing Agent, or General Agent<br>Santa Barbara, CA 93101 | Linqto, Inc. | Master Subscription & Services Agreement, all order forms thereunder, and the terms and conditions incorporated therein | Software subscription | 7/14/2025 |
| COPELAND MARKETS, LLC (DBA NASDAQ PRIVATE MARKET) | 151 W. 42nd Street<br>Attn: Officer, Managing Agent, or General Agent<br>New York, NY 10036 | Linqto Liquid Shares LLC | NASDAQ Private Market Platform Access Agreement, dated November 8, 2021 and NPM Platform Terms of Service | Data access platform | 7/14/2025 |
| Okta, Inc. | PO Box 743620<br>Attn: Officer, Managing Agent, or General Agent<br>Los Angeles, CA 90074-3620 | Linqto, Inc. | Master Subscription Agreement and all order forms thereunder | IT services subscription | 7/14/2025 |

| Contract Counterparty | Counterparty Address | Debtor Counterparty | Contract to be Rejected | Description | Rejection Date |
|---|---|---|---|---|---|
| Qurrent Inc. | 447 Sutter Street Suite 405 121 Attn: Officer, Managing Agent, or General Agent San Francisco, CA 94108 | Linqto, Inc. | Framework License Agreement, dated April 26, 2024 | License agreement | 7/14/2025 |
| Sutro Labs, Inc DBA Census | 4600 Silver Hill Road Attn: Officer, Managing Agent, or General Agent Washington, DC 20233 | Linqto, Inc. | Census Master Subscription Agreement and all order forms thereunder - Census Order Form | Software license subscription agreement | 7/14/2025 |
| Validity | 100 Summer Street Suite 2900 Attn: Jim Tobolski Boston, MA 02110 | Linqto, Inc. | Service Order Form and Validity Terms of Service | Email deliverability platform | 7/14/2025 |