IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al*.,[1] | ) ) ) | Case No. 25-90186 |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF KRISTIN LAWSON
IN SUPPORT OF THE
EMERGENCY MOTION OF SAPIEN GROUP USA, LLC AND ITS GROUP
AFFILIATES TO TRANSFER VENUE OF THE DEBTORS'
CASES TO THE DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1412**

I, Kristin Lawson, declare as follows under penalty of perjury.

1. I am an attorney in good standing duly authorized to practice before all courts in the Commonwealth of Pennsylvania. I am an attorney with the law firm of Leech Tishman Fuscaldo and Lampl, LLP, counsel for Sapien Group USA, LLC and its group affiliates (together "**Sapien**"), a shareholder and party in interest in the Chapter 11 cases of the above-captioned Debtors.

2. I have personal knowledge of the following facts and if called as a witness I would and could competently testify.

3. I am filing this Declaration in support of *The Emergency Motion of Sapien Group USA, LLC and its group affiliates to Transfer Venue of the Debtors' Cases to the District of Delaware Pursuant to 28 U.S.C. § 1412*.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

1

4.	On July 15, 2025, I navigated to the Texas Secretary of State's website found at https://www.sos.state.tx.us. From there, I logged on to the SOSDirect page and conducted a business organizations search for Linqto Texas, LLC.

5.	My search result listed a "Certificate of Formation Limited Liability Company" for Linqto Texas, LLC filed on April 7, 2025.. A true and correct copy of the filed Certificate that I downloaded from the results of my search is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2025.

_/s/ Kristin Lawson_____  
Kristin Lawson

Docusign Envelope ID: C05F8C98-C3A9-434F-AC88-684AF101CF93
Case 25-90186   Document 88-2   Filed in TXSB on 07/16/25   Page 3 of 6
Filing #:805987734  Document#:1468166790002  Filed On 4/7/2025 received by Upload

Exhibit A

| Form 205<br>(Revised 12/21)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | This space reserved for office use. |

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Linqto Texas, LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☑ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

CT Corporaton System

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 2929 Allen Pkwy, Suite 3300 | Houston | TX | 77019 |
| Street Address | City | State | Zip Code |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each initial governing person.)

☑ A. The limited liability company initially has managers. The name and address of each initial manager are set forth below.

☐ B. The limited liability company does not initially have managers. The name and address of each initial member are set forth below.

**INITIAL GOVERNING PERSON 1**
NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR
IF ORGANIZATION

Linqto, Inc.
*Organization Name*

ADDRESS

| P.O. Box 2859 | Sunnyvale | CA | USA | 94087 |
| Street or Mailing Address | City | State | Country | Zip Code |

Form 205                                                    1

| INITIAL GOVERNING PERSON 2 |
| --- |
| NAME (Enter the name of either an individual or an organization, but not both.) |
| **IF INDIVIDUAL** |
| First Name     M.I.     Last Name     Suffix |
| OR |
| **IF ORGANIZATION** |
| Organization Name |
| **ADDRESS** |
| Street or Mailing Address     City     State     Country     Zip Code |

| INITIAL GOVERNING PERSON 3 |
| --- |
| NAME (Enter the name of either an individual or an organization, but not both.) |
| **IF INDIVIDUAL** |
| First Name     M.I.     Last Name     Suffix |
| OR |
| **IF ORGANIZATION** |
| Organization Name |
| **ADDRESS** |
| Street or Mailing Address     City     State     Country     Zip Code |

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Initial Mailing Address

(Provide the mailing address to which state franchise tax correspondence should be sent.)

| Mailing Address | City | State | Zip Code | Country |
| --- | --- | --- | --- | --- |
| P.O. Box 2859 | Sunnyvale | CA | 94087 | USA |

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Form 205            2

## Organizer

The name and address of the organizer:

Francis Daniel Siciliano II, CEO, Linqto, Inc.
*Name*

| P.O. Box 2859 | Sunnyvale | CA | 94087 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

### Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, or a later date and time, not more than 90 days from the date of signing. The later effective date, or date and time is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: 4/7/2025

Signed by:
*Francis Daniel Siciliano II*
Signature of organizer

Francis Daniel Siciliano II, CEO, Linqto, Inc.
Printed or typed name of organizer

[ Print ]   [ Reset ]

Form 205                              3

Form 401-A
(Revised 12/09)



# Acceptance of Appointment
## and
## Consent to Serve as Registered Agent
### §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

**Acceptance of Appointment and Consent to Serve as Registered Agent**

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

x: _____

| *Signature of registered agent* | *Printed name of registered agent* | *Date (mm/dd/yyyy)* |

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

**Acceptance of Appointment and Consent to Serve as Registered Agent**

I am authorized to act on behalf of    CT Corporation System
*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

Linqto Texas, LLC
*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

x: *Candice Pignataro* (signature)    Candice Pignataro    04/03/2025

*Signature of person authorized to act on behalf of organization* | *Printed name of authorized person* | *Date (mm/dd/yyyy)*

[ Print ]  [ Reset ]