UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) ) ) | Case No. 25-90186 (ARP) |
| Debtors | ) ) ) | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R PEREZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

|   | **Creditor** | **Representative** |
|---|---|---|
| 1 | **Sky Ventures Limited**<br>c/o Silverside Management Ltd,<br>Citrus Grove, ground floor<br>106 Goring Avenue, George Town,<br>Grand Cayman, Cayman Islands | Sandra Wu<br>sandra@skyvisionpartners.com |
| 2 | **Charles Hejny**<br>1660 Hidden Falls Ct.<br>De Pere, WI 541115<br>chejny@new.rr.com | Charles Hejny<br>chejny@new.rr.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto Texas, LLC [5745], Linqto, Inc. [0332], Linqto Liquidshares, LLC [8976], and Linqto Liquidshares Manager, LLC [8214]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

| | | |
|---|---|---|
| 3 | **Mariann Dickman Raab**<br>1688 Lammers Pike<br>Batesille, IN 47006<br>moe@ans-ion.net | Mariann Dickman Raab<br>moe@ans-ion.net |
| 4 | **Ricardo Ledesma**<br>9317 San Pedro<br>El Paso TX, 79936 | Ricardo Ledesma<br>Rledesma1976@gmail.com |
| 5 | **Robert Pazdera**<br>5221 N. Saddle Rock Drive<br>Phoenix, AZ 85018 | Robert Pazdera<br>paz@armoredcars.com |
| 6 | **Melanie Huscroft**<br>252 E. Wiltshire Lane<br>Saratoga Springs, UT 84045<br>melaniehuscroft@gmail.com | Melanie Huscroft<br>melaniehuscroft@gmail.com |
| 7 | **Ardi Family Trust dated 9/10/2008**<br>5321 Barton Creek Blvd, Apt. 9101<br>Austin, TX 78735 | Paul Ardi<br>Ardi_paul@yahoo.com |
| 8 | **Consort Partners, Inc**.<br>41 Baywood Avenue<br>San Anselmo, CA 94960 | Dominic Johnson<br>dominic@consortpartners.com |
| 9 | **Impact Tech, Inc.**<br>136 Madison Ave., Fl 10<br>New York, NY 10016 | Sarah Linder<br>Sarah.linder@impact.com |

SIGNED on July 18, 2025.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Ha M. Nguyen*
      Ha M. Nguyen
      Trial Attorney

CA State Bar No. 305411<br>
515 Rusk, Suite 3516<br>
Houston, Texas 77002<br>
Telephone: (713) 718-4650<br>
Fax: (713) 718-4670<br>
Ha.nguyen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 18th day of July 2025.

*/s/ Ha M. Nguyen*
Ha M. Nguyen