To the Honorable Judge:

I am submitting this written objection as an individual investor in Linqto, Inc. and its affiliated debtors. I invested a total of $12,510.21 through the Linqto platform to purchase equity interests in Circle (121 units), Stripe (83 units), and Anthropic (80 units). These investments were made based on Linqto's representations that I was acquiring beneficial ownership or interest in these pre-IPO equity shares.

I object to the Debtors' Motion (Docket No. 79), which seeks to:

1. Authorize the use of Ripple asset sale proceeds free and clear of investor claims,
2. Declare those proceeds as estate property, and
3. Allow the Debtors unrestricted use of those funds.

United States Courts
Southern District of Texas
FILED
JUL 25 2025
Nathan Ochsner, Clerk of Court

The Ripple proceeds in question may represent assets that were held in trust or on behalf of individual investors, and should not be treated as general estate property without a full accounting. Furthermore, this motion potentially strips investors like myself of any claim or interest in those proceeds without due process, especially in the absence of detailed disclosure about how Ripple assets were acquired, held, or allocated by Linqto.

I respectfully request the Court:

- Deny or defer approval of the motion until further investigation can be made into the origin, ownership, and intended beneficiary of Ripple-related assets,
- Ensure that investor claims and beneficial interests are preserved,
- And require transparency and accounting of any proceeds derived from Ripple, Circle, Stripe, Anthropic, or other assets acquired through customer funds.

I reserve the right to supplement this objection and/or appear at the hearing scheduled for August 5, 2025, to be heard on this matter.

Respectfully submitted,

Aaron James Kawa    *(signature)* 7-17-25

1851 Clovermeadow drive

Vienna, Va, 22182

aaronjkawa@yahoo.com

Case No. 25-90186
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

---

**Filed by:** Aaron James Kawa
**Date:** July 17, 2025

---

To the Honorable Judge:

In addition to the information previously submitted in my objection to the Debtors' Motion (Docket No. 79), I respectfully provide this supplemental statement in support of my position.

Attached to this filing are copies of my **Schedule K-1 tax forms**, issued by Linqto or one of its affiliated entities, which reflect my financial investment and beneficial interest in private equity units purchased through the Linqto platform — including **Circle, Stripe, and Anthropic**. These tax documents further validate my standing as an investor with an economic and legal interest in the underlying assets.

Sensitive personal information, including my Social Security Number, has been redacted from the attached documents in accordance with **Federal Rule of Bankruptcy Procedure 9037**.

I respectfully request that this supplemental information be considered as part of my objection, and that the Court take it into account in determining the nature and treatment of my claim as well as the appropriateness of the relief requested by the Debtors.

Sincerely,
**Aaron James Kawa**
1851 Clovermeadow Drive
Vienna, VA 22182
Phone: 703-447-8287
Email: aaronjkawa@yahoo.com
Dated: July 17, 2025

101 Metro Drive, Suite 335
San Jose, CA 95110
invest@linqto.com

# Monthly Statement

May 1, 2024 to May 31, 2024

AARON KAWA
1851 Clovermeadow Dr,
Vienna, Virginia
22182, United States

## Current Holdings (aaron kawa)

Individual Account

|  | TOTAL SHARES | AVG. COST/SHARE* | STARTING BALANCE | ENDING BALANCE |
|---|---|---|---|---|
| **Stripe** | 83 | $45.20 | $0.00 | $3,751.60 |
| **Anthropic** | 80 | $46.85 | $0.00 | $3,748.00 |
| **Circle** | 121 | $37.28 | $0.00 | $5,010.61 |
|  |  | TOTAL INVESTMENT | $0.00 | $12,510.21 |
|  |  | CASH BALANCE | $0.00 | $0.00 |
|  |  | **TOTAL** | **$0.00** | **$12,510.21** |

*Average cost per share is rounded to the nearest $.01 and reflects Linqto Bucks discounts.

## Activity (aaron kawa)

| DATE | TYPE | COMPANY | SHARES | PRICE /SHARE | AMOUNT |
|---|---|---|---|---|---|
| 05/18/2024 | Buy | Stripe | 83 | $45.20 | $3,751.60 |
| 05/18/2024 | Buy | Anthropic | 80 | $46.85 | $3,748.00 |
| 05/18/2024 | Buy | Circle | 121 | $37.28 | $5,010.61 |
| 05/18/2024 | Deposit | DEPOSIT - ACH Transfer from Capital One National Association 2945 |  |  | $4,510.61 |
| 05/18/2024 | Withdrawal | BUY - Circle - Order 61345 |  |  | -$4,510.61 |
| 05/18/2024 | Deposit | DEPOSIT - ACH Transfer from Capital One National Association 2945 |  |  | $7,499.60 |
| 05/18/2024 | Withdrawal | BUY - Anthropic - Order 61347 |  |  | -$3,748.00 |
| 05/18/2024 | Withdrawal | BUY - Stripe - Order 61348 |  |  | -$3,751.60 |

‡ Amounts include fees, when applicable

**REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE**
**January 21, 2020**

# LINQTO

## LINQTO LIQUIDSHARES LLC.

Certificate No: 82
Series Name: Linqto Liquidshares LLC - Circle - 15
Date of Issuance: May 18, 2024

Member Name: AARON KAWA
Equivalent Number of Shares: 121.00
Company Name: Circle Internet Financial, LLC

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: May 18, 2024

_____
William Sarris, Executive Chairman, Linqto, Inc.

_____
Witness: Joseph Endoso, CEO, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____ % of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

_____
Seller

_____
Newly Named Member

_____
Witness

# LINQTO

## REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

Certificate No: 92
Series Name: Linqto Liquidshares LLC - Anthropic - 5
Date of Issuance: May 18, 2024

Member Name: AARON KAWA
Equivalent Number of Shares: 80.00
Company Name: Anthropic PBC

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: May 18, 2024

William Sarris, Executive Chairman, Linqto, Inc.    Witness: Joseph Endoso, CEO, Linqto, Inc.

For _____ received, I, _____ % of the membership interest, represented within this certificate, and appoint _____ sell and transfer unto _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller    Newly Named Member    Witness

# LINQTO

## REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE
### January 21, 2020

## LINQTO LIQUIDSHARES LLC.

Member Name: AARON KAWA
Equivalent Number of Shares: 83.00
Company Name: Stripe, Inc.

Certificate No: 13
Series Name: Linqto Liquidshares LLC - Stripe - 3
Date of Issuance: May 18, 2024

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: May 18, 2024

William Sarris, Executive Chairman, Linqto, Inc.          Witness Joseph Endoso, CEO, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____ _____ % of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller                    Newly Named Member                    Witness

651123

# Schedule K-1 (Form 1065) 2024
Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year
beginning 04/25/2024 ending 12/31/2024

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) A | 0. |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | ☒ |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| 21 | Foreign taxes paid or accrued | |
| 22 | More than one activity for at-risk purposes* | ☐ |
| 23 | More than one activity for passive activity purposes* | ☐ |

*See attached statement for additional information.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
99-2693757

**B** Partnership's name, address, city, state, and ZIP code
LINQTO LIQUIDSHARES LLC -
ANTHROPIC - 5
101 METRO DRIVE SUITE 335
SAN JOSE, CA  95110

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
AARON KAWA
1851 CLOVERMEADOW DR
VIENNA, VA  22182

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.3824000 % | 0.3824000 % |
| Loss | 0.3824000 % | 0.3824000 % |
| Capital | 0.3824000 % | 0.3824000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 0. |
| Capital contributed during the year | $ 3748. |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ 3748. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......... $
Ending .......... $

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    411261 12-08-24    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2024

38

651123

| Schedule K-1 (Form 1065) | **2024** | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

beginning 05/03/2024  ending 12/31/2024

**Partner's Share of Income, Deductions, Credits, etc.**     See separate instructions.

| | |
|---|---|
| 1 Ordinary business income (loss)  0. | 14 Self-employment earnings (loss)  A  0. |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked .................... [X] |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | |
| 7 Royalties | 20 Other information |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
99-2862724

**B** Partnership's name, address, city, state, and ZIP code
LINQTO LIQUIDSHARES LLC - CIRCLE - 15
101 METRO DRIVE SUITE 335
SAN JOSE, CA 95110

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
AARON KAWA
1851 CLOVERMEADOW DR
VIENNA, VA 22182

**G** [X] General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** [X] Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.2689000 % | 0.2689000 % |
| Loss | 0.2689000 % | 0.2689000 % |
| Capital | 0.2689000 % | 0.2689000 % |

Check if decrease is due to:
☐ Sale or    ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions.

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**L   Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 4511. |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ 4511. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   [X] No   If "Yes," attach statement. See instructions.

**N   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning .................... $
Ending ........................ $

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   411261 12-08-24   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2024

46

651123

| Schedule K-1 (Form 1065) | **2024** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2024, or tax year | **Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items** | |

beginning 05/14/2024 ending 12/31/2024

**Partner's Share of Income, Deductions, Credits, etc.**    *See separate instructions.*

### Part I — Information About the Partnership

**A** Partnership's employer identification number
99-3034754

**B** Partnership's name, address, city, state, and ZIP code
LINQTO LIQUIDSHARES LLC - STRIPE - 3
101 METRO DRIVE SUITE 335
SAN JOSE, CA 95110

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
AARON KAWA
1851 CLOVERMEADOW DR
VIENNA, VA 22182

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.7210000 % | 0.7210000 % |
| Loss | 0.7210000 % | 0.7210000 % |
| Capital | 0.7210000 % | 0.7210000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| Beginning capital account | $ |
| Capital contributed during the year | $ 3752. |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ 3752. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 0. | 14 | Self-employment earnings (loss) A 0. |
| 2 | Net rental real estate income (loss) | | 15 | Credits |
| 3 | Other net rental income (loss) | | | |
| 4a | Guaranteed payments for services | | 16 | Schedule K-3 is attached if checked ☒ |
| 4b | Guaranteed payments for capital | | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | | |
| 5 | Interest income | | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 19 | Distributions |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | 20 | Other information |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   411261 12-08-24   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2024

49

*From my bank showing Linqto transactions.*

## Past Transactions

### 2024 Transactions

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| May 21 | **Linqto Liquidsha**<br>**Transaction Type:** Electronic transfer<br>Appears on statement as: *Withdrawal from Linqto Liquidsha Deposit*<br>Memo<br>Deposit | Transfer | -$7,499.60 | |
| May 21 | **Linqto Liquidsha**<br>**Transaction Type:** Electronic transfer<br>Appears on statement as: *Withdrawal from Linqto Liquidsha Deposit*<br>Memo<br>Deposit | Transfer | -$4,510.61 | |

To help you identify your purchases, we may provide additional information about your transactions, including the company name, address, phone number, marks, and logos. This additional information might not

# Circle Filing and Your Holdings

From: Linqto (noreply@service.linqto.com)
To: aaronjkawa@yahoo.com
Date: Tuesday, April 8, 2025 at 04:41 PM EDT



# LINQTO

# Circle Filing and Your Holdings



Dear Aaron,

As a unit holder in the series of Linqto Liquidshares, LLC, invested in Circle, we would like to inform you that Circle Internet Group, Inc. (Circle) has filed a S-1 registration for an Initial Public Offering with plans to list on the NYSE under the ticker symbol CRCL.

While Circle filed the S-1 registration statement with the U.S. Securities and Exchange Commission (SEC) on April 1st, 2025, the filing has not yet become effective. The timing for becoming effective depends on the SEC's review process and market conditions, and the "effective date" will determine timing of potential lock-up periods as well as liquidity options.

We will provide specific details regarding your distribution, such as lock-up period and distribution options, as soon as they are confirmed. We are tracking the status of the S-1 filing and will keep you updated as we learn more.

If you have any questions or need further assistance, please contact us directly. Thank you for your continued trust and partnership.

Best regards,

The Linqto Team

Copyright © 2025 LINQTO, INC. All rights reserved.

You're receiving this email because you're a user of Linqto and this message contains important information related to your account or experience on the Linqto platform.

IMPORTANT LEGAL NOTICE AND DISCLOSURES:



# LINQTO Linqto Texas, LLC
Back to Dashboard

Proof of Claim (Official Form 410)

Your entry was successfully submitted. Your claim number is: **0000010425**

Please keep this number for your records. A notification email has been sent to the address you provided during registration.

In the event you were unable to upload your supporting documentation electronically, you are permitted to submit it in hard copy form to the following address. **Do not send original documents; they may be destroyed after scanning.**

\* You must include a copy of the Confirmation of Electronic Filing for your claim with the hard copy of your supporting documentation to ensure it is linked to the correct claim on the Debtor's claims register.

**If by First-Class Mail:**
Linqto Texas, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

**If by Hand-Delivery or Overnight Mail:**
Linqto Texas, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

Thank You.