United States Courts
Southern District of Texas
FILED

JUL 28 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**[5th Circuit Southern District of Texas]**

In re:
LINQTO, INC., et al.,
Debtors.

Case No. [ 25-90186 ]
Chapter 11

**FORMAL OBJECTION TO DEBTORS' MOTION TO APPROVE SALE OF RIPPLE SHARES [DOCKET NO. 79] AND PLEDGE OF PROCEEDS AS COLLATERAL**

Claimant James Akmakjian, a creditor and beneficial holder of 29,840 shares in Ripple Labs Inc. through Linqto, Inc.'s Series investment platform, respectfully submits this formal objection to the Debtors' Motion to Approve the Sale of Ripple Shares and the Pledge of Sale Proceeds as DIP Financing Collateral, as set forth in Docket No. 79. This objection is supported by filed Proof of Claim, attached evidence, and well-established principles of equity.

## I. INTRODUCTION

The $18.8 million in proceeds from the sale of Ripple shares, along with any remaining Ripple shares, **do not belong to the Debtors** or their general estate. They belong **exclusively to Ripple Series investors**, such as Claimant, who purchased direct economic interests in those shares through specific SPVs that were marketed, structured, and understood as pass-through ownership vehicles.

**Filing Chapter 11 does not authorize theft of property.** The Debtors' Motion, if approved without reservation of equitable rights, would permit precisely that. The Debtors' failure to properly form and manage legally compliant SPVs, consistent with securities laws and investor protection standards, resulted in the commingling of assets. This failure does not provide legal cover to erase the equitable ownership rights of Series Members like Claimant. Instead, it triggers the only appropriate judicial remedy: a constructive trust.

## II. FACTUAL BACKGROUND

- Claimant purchased 29,840 shares of Ripple Labs Inc. through Linqto investment offerings, evidenced by monthly statements, K-1s, and stock certificates, etc.
- These purchases were made based on explicit representations in marketing materials and internal emails that investors were acquiring direct economic interests in Ripple shares.
- One such internal email confirms that Ripple shares would be "held on your behalf until the company goes public" and then transferred to the investor's brokerage account.
- Debtors have now moved to sell Ripple shares and pledge the proceeds for DIP financing without recognizing the pro rata rights of Series Members who funded those purchases.

## III. BASIS FOR OBJECTION

*A. Constructive Trust is the Only Judicial Remedy in Light of Fiduciary Breach and Commingling*

Constructive trust is warranted where:

1. A fiduciary relationship exists.
2. There is a breach of that relationship.
3. The claimant has an identifiable interest in specific property.
4. The fiduciary has wrongfully retained or misappropriated that property, resulting in unjust enrichment of the estate.

All four elements are satisfied here:

- **Fiduciary Relationship:** Linqto owed a fiduciary duty as managing member of the Series LLCs and trustee of investor capital.
- **Breach:** Linqto failed to form and manage SPVs in accordance with state law, resulting in asset commingling and loss of Series segregation.

- **Identifiable Interest:** Claimant has documented ownership in Ripple shares, traced via internal records issued by debtor.
- **Wrongful Retention:** Debtor now seeks to pledge those interests for the benefit of the general estate, resulting in unjust enrichment of debtors at the expense of those with equitable title to that property.

Numerous cases (In re SeaQuest Diving, Haber Oil Co., and Southmark Corp.) recognize constructive trust as the appropriate remedy to **restore property rights and prevent unjust enrichment**.

---

### B. Filing Chapter 11 Does Not Eliminate Equitable Ownership

Chapter 11 is not a license to confiscate third-party property. Courts have held that bankruptcy estates cannot retain assets to which they have no equitable title. See *Begier v. IRS*, 496 U.S. 53 (1990). Where property is held in trust or as an agency fiduciary, the estate acquires no interest in such assets.

Here, the Ripple shares and their proceeds were held for the benefit of identifiable investors. They are not estate property and cannot be pledged as collateral without a full adjudication of beneficial ownership.

---

## IV. PROPOSED EQUITABLE SOLUTION

To resolve this dispute equitably and efficiently:

- The Court should order that the **$18.8M in proceeds from Ripple share sales** be **held in escrow** pending resolution of pro rata claims.
- The Court should **impose a constructive trust** over the $18.8M and remaining Ripple shares.

- Pro rata ownership calculations should be used to equitably distribute the proceeds and shares:
    - Claimant owns 29,840 shares of 4,700,000 total (0.635%).
    - Therefore, Claimant should receive:
        - $119,360 from the $18.8M in proceeds, and
        - 28,887 shares from the remaining 4,549,000 Ripple shares.

## V. PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:

1. DENY approval of the Motion at Docket 79 insofar as it seeks to pledge proceeds belonging to Ripple Series investors;
2. DECLARE that the Ripple shares and their sale proceeds are subject to a constructive trust for the benefit of Ripple Series investors;
3. ORDER the segregation and pro rata distribution of the $18.8M and remaining shares to Series Members; and
4. GRANT such other and further relief as justice may require.

Respectfully submitted,

James Akmakjian

drjames@longgrovedental.com
224.358.6940

Attachments:

- Proof of Claim delineating exchange of claimant capital for Ripple shares
- K-1 Forms acknowledging claimant's capital and equity ownership of Ripple shares within his allocated SPV
- Stock Certificates issued by debtor
- Monthly Statements issued by debtor
- Internal Emails and Marketing Materials from debtor

FROM THE DESK OF
# James Akmakjian

Case Number 25-90186

Claimant: Harout James Akmakjian

Description of Claim: This Proof of Claim is submitted for the ownership of 29,840 shares of Ripple through Linqto Liquidshares LLC - Ripple- 9, a Special Purpose Vehicle (SPV) formed to hold Ripple shares on behalf of accredited investors.

Claimant made 4 separate purchases of Ripple shares at various times between February and March of 2023. The following documents are listed in chronological order.

**Document A** shows a transaction was executed on 02/02/2023 for 5,953 shares of Ripple at $21 per share (order #34168).

Linqto applied "Linqto Bucks" incentives, reducing Claimant's out-of-pocket costs per share without affecting the documented share counts. These incentives were marketing tools and should not impact the contractual share ownership. The shares purchased, not the net dollar amount spent after discounts, are the basis of Claimant's pro-rata ownership in the SPV.

The initial investment following 02/02/23 was $119,060 for 5,953 shares.

**Document B** shows that Stock Certificate #49 was issued one day later on 02/03/2023, following receipt of payment from Claimant, for an "Equivalent Number of Shares" in "Linqto Liquidshares LLC - Ripple - 9", totaling 5,953 equivalent shares of Ripple Labs.

**Document C** demonstrates Claimant executed another transaction on 02/27/2023 for 4,091 shares of Ripple at $22 per share (order #34954).

Linqto again applied "Linqto Bucks" incentives, reducing Claimant's out-of-pocket costs per share without affecting the documented share counts. This resulted in a net investment of an additional $81,820 for 4,091 shares.

**Document D** shows that Stock Certificate #58 was issued two days later on 03/01/2023, following receipt of payment from Claimant, for an "Equivalent Number of Shares" in "Linqto Liquidshares LLC - Ripple - 9, totaling 4,091 equivalent shares of Ripple Labs.

\* It should be noted that Linqto did not provide a monthly account statement for the month of February in 2023.

**Document E** demonstrates Claimant executed another transaction on 03/08/2023 for 14,796 shares of Ripple at $20 per share (order #35230). There were no platform incentives offered at this time. Claimant's net investment for this transaction was $295,920.

**Document F** shows that Stock Certificate #98 was issued <u>nine</u> days later on 03/17/2023, following receipt of payment from Claimant, for an "Equivalent Number of Shares" in "Linqto Liquidshares LLC - Ripple - 9, totaling 14,796 equivalent shares of Ripple Labs.

**Document G** shows that Claimant executed fourth and final transaction on 03/23/23 for 5,000 shares of Ripple at $20 per share (order #35490). There were no platform incentives offered at this time. Claimant's net investment for this transaction was $100,000.

**Document H** shows that Stock Certificate #123 was issued 1 day later on 03/24/23, following receipt of payment from Claimant, for an "Equivalent Number of Shares" in "Linqto Liquidshares LLC - Ripple - 9, totaling 5,000 shares of Ripple Labs.

By the end of March of 2023, Claimant had made a total out-of-pocket capital investment of $596,800.

**Document I** is the March of 2023 monthly statement issued by Linqto that documents total number of shares of Ripple owned by Claimant.

The March of 2023 monthly statement is not a dollar balance, but rather a precise number of shares (29,840) allocated to my account. The specificity of this share count indicates that shares were not pooled or commingled via an average price accounting system

The average cost per share is locked at $20, and the footnote explicitly states that this number already reflects "Linqto Bucks discounts". This confirms discounted purchases were applied <u>without altering Claimant's share count.</u>

The footnote proves that all discounts were incorporated in the cost basis, not the share allocation. This bolsters Claimant's argument that shares were granted in full and discounts were applied correctly to the purchase price, not to the number of shares received.

The detailed transaction activity delineated at the bottom of **Document I** clearly illustrate that all transactions are share-based purchases, <u>not</u> dollar-based investments. No adjustments or "unit recalculations" appear anywhere in the activity log, further indicating Claimant was purchasing a set quantity of shares, not a fluid interest in a fluctuating pool.

**Document I** further clarifies that statements from Linqto were tracking share quantities in addition to dollar balances. The ending balance is calculated as total shares held by Claimant, not as "equity in a fund". This structure proves Claimant had <u>direct pro-rata ownership in the SPV.</u>

**Document J** is the December of 2023 monthly statement, which clearly demonstrates that shares were explicitly enumerated and tracked within Claimant's account. The purchase history, share-specific accounting, and consistent stock certificates all confirm that Claimant was granted <u>fixed pro-rata shares of the Ripple Labs SPV.</u>

By the end of 2023, Claimant had made a total out-of-pocket capital investment of $596,800 in exchange for a total of 29,840 shares of Ripple Labs.

**Document K** is the schedule K-1 tax document for 2023. This confirms Claimant's capital contribution of $596,800 for Linqto Liquidshares LLC-Ripple-9 was officially recorded with the IRS. The K-1 states Claimant owns 31.6993% of the SPV (Ripple 9). <u>This is a specific, pro-rata ownership interest.</u>

There were no distributions nor withdrawals. Claimant's capital account was fully intact, with no reduction or dilution on the K-1.

Claimant's K-1 is a legally binding, IRS-submitted statement of record. The shows Claimant's exact percentage of ownership in the SPV. Claimant is entitled to his full pro-rata share regardless of debtor's failure to comply with state and local regulations. Failure to maintain and establish SPV's in accordance with law does not provide legal cover to assert theft of claimant property.

These records show ownership was secured and undisputed at the time of purchase.

**Document L** is the October of 2024 monthly statement. It should be noted that this is the first time a Linqto statement unilaterally reclassified Claimant's holdings as shares of Linqto Liquidshares LLC - Ripple 9, <u>without notification, explanation, or update to terms</u>.

Early statements (Documents I, J) explicitly labeled Claimant's holdings as "Ripple" shares. This signals retroactive legal repositioning. Claimant was lead to believe that his purchase was for Ripple shares directly, or at the very least, held direct economic rights to them.

Claimant argues that the terms under which his shares were originally purchased should govern. Claimant was made to believe that his investment was for a purchase in equivalent shares of Ripple Labs, via SPV-9. Linqto's later adjustments cannot retroactively redefine the nature of Claimant's investment without consent or notice.

<u>Conclusion:</u>

The nature of Claimant's investment and ownership rights were fully established at the time of purchase through stock certificates, monthly statements, and IRS filings. Failure of debtor to properly establish and maintain regulation-compliant SPV's, resulting in commingling of investor shares and funds, is a fundamental breach of fiduciary duty. For the debtor to claim any property rights over Ripple shares, and related proceeds from sale of Ripple shares, results in unjust enrichment of the debtor's general estate. The only recourse innocent investors have is for the court to identify and recognize that such property was held in constructive trust on behalf of investors, and order a return of property to rightful equitable owners.

## Screenshot 1 (Mobile App — Order 34168)

12:37

**Ripple**

Series 9
Order 34168

Completed

This order includes 5,953 shares of Ripple at $21.00 per share.

| | |
|---|---|
| Payment Method | Wire |
| Ordered At | 02/02/2023 |
| Investment Amount | $125,013.00 |
| Linqto Fee | $0.00 |
| Linqto Bucks | -$5,953.00 |
| **TOTAL** | **$119,060.00** |

*You are purchasing the number of units in the series of Linqto Liquidshares LLC that represents the equivalent number of shares of the underlying company identified.

Disclaimer

Operating Agreement

Subscription Agreement

Membership Certificate

Home | Portfolio | Wallet | Account

## Certificate No: 49

**REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE**
**January 21, 2020**

**LINQTO LIQUIDSHARES LLC.**

Certificate No: 49
Series Name: Linqto Liquidshares LLC - Ripple - 9
Date of Issuance: February 3, 2023

Member Name: Harout James Akmakjian
Equivalent Number of Shares: 5,953.00
Company Name: Ripple Labs, Inc

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement.

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: February 3, 2023

William Sarris, CEO, Linqto, Inc.
Witness: Joseph Endoso, Director, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____
_____ % of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller | Newly Named Member | Witness

**Documents A, B, C, D**

## Screenshot 2 (Mobile App — Order 34954)

12:37

**Ripple**

Series 9
Order 34954

Completed

This order includes 4,091 shares of Ripple at $22.00 per share.

| | |
|---|---|
| Payment Method | Wire |
| Ordered At | 02/27/2023 |
| Investment Amount | $90,002.00 |
| Linqto Fee | $0.00 |
| Linqto Bucks | -$8,182.00 |
| **TOTAL** | **$81,820.00** |

*You are purchasing the number of units in the series of Linqto Liquidshares LLC that represents the equivalent number of shares of the underlying company identified.

Disclaimer

Operating Agreement

Subscription Agreement

Membership Certificate

Home | Portfolio | Wallet | Account

## Certificate No: 58

**REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE**
**January 21, 2020**

**LINQTO LIQUIDSHARES LLC.**

Certificate No: 58
Series Name: Linqto Liquidshares LLC - Ripple - 9
Date of Issuance: March 1, 2023

Member Name: Harout James Akmakjian
Equivalent Number of Shares: 4,091.00
Company Name: Ripple Labs, Inc

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement.

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: March 1, 2023

William Sarris, CEO, Linqto, Inc.
Witness: Joseph Endoso, Director, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____
_____ % of the membership interest, represented within this certificate, and appoint _____
to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller | Newly Named Member | Witness

## Ripple

**Series 9**
**Order 35230**
**Completed**

This order includes 14,796 shares of Ripple at $20.00 per share.

| | |
|---|---|
| Payment Method | Cash Balance |
| Ordered At | 03/08/2023 |
| Investment Amount | $295,920.00 |
| Linqto Fee | $0.00 |
| **TOTAL** | **$295,920.00** |

*You are purchasing the number of units in the series of Linqto Liquidshares LLC that represents the equivalent number of shares of the underlying company identified.

Disclaimer

Operating Agreement

Subscription Agreement

Membership Certificate

---

**REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE**
**January 21, 2020**

**LINQTO LIQUIDSHARES LLC.**

Certificate No: 98
Series Name: Linqto Liquidshares LLC - Ripple - 9
Date of Issuance: March 17, 2023

Member Name: Harout James Akmakjian
Equivalent Number of Shares: 14,796.00
Company Name: Ripple Labs, Inc

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: March 17, 2023

William Sarris, CEO, Linqto, Inc.   Witness: Joseph Endoso, Director, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____ ____ % of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller    Newly Named Member    Witness

---

# Documents E, F, G, H

---

## Ripple

**Series 9**
**Order 35490**
**Completed**

This order includes 5,000 shares of Ripple at $20.00 per share.

| | |
|---|---|
| Payment Method | Wire |
| Ordered At | 03/23/2023 |
| Investment Amount | $100,000.00 |
| Linqto Fee | $0.00 |
| **TOTAL** | **$100,000.00** |

*You are purchasing the number of units in the series of Linqto Liquidshares LLC that represents the equivalent number of shares of the underlying company identified.

Disclaimer

Operating Agreement

Subscription Agreement

Membership Certificate

Have a question about your order? Contact Us

---

**REGISTERED UNDER THE LAWS OF THE STATE OF DELAWARE**
**January 21, 2020**

**LINQTO LIQUIDSHARES LLC.**

Certificate No: 123
Series Name: Linqto Liquidshares LLC - Ripple - 9
Date of Issuance: March 24, 2023

Member Name: Harout James Akmakjian
Equivalent Number of Shares: 5,000.00
Company Name: Ripple Labs, Inc

Linqto Liquidshares LLC, organized in Delaware, US has issued the Discreet Series identified above. This certifies that the member named above is a member of the above named Limited Liability Company and holds the number of units in the Series that represents the equivalent number of shares identified above in the Company Name. The member is entitled to the full benefits of membership of Linqto Liquidshares LLC, subject to the membership duties and obligations set forth in the Linqto Liquidshares LLC Operating Agreement

Linqto Liquidshares LLC has caused this certificate to be executed by its managing partner, Linqto Liquidshares Manager LLC on this date: March 24, 2023

William Sarris, CEO, Linqto, Inc.   Witness: Joseph Endoso, Director, Linqto, Inc.

For _____ received, I, _____ sell and transfer unto _____ ____ % of the membership interest, represented within this certificate, and appoint _____ to transfer the allocated interest in the books of Linqto Liquidshares LLC with full power of substitution.

Seller    Newly Named Member    Witness



**LINQTO**
101 Metro Drive, Suite 335
San Jose, CA 95110
invest@linqto.com

### Monthly Statement
March 1, 2023 to March 31, 2023

Harout James Akmakjian
5612 Oakwood Rd,
Long Grove, Illinois
60047, United States

**Current Holdings (James Akmakjian)**
Individual Account

| | TOTAL SHARES | AVG. COST/SHARE* | STARTING BALANCE | ENDING BALANCE |
|---|---|---|---|---|
| Ripple | 29,840 | $20.00 | $215,015.00 | $610,935.00 |
| Polysign | 21,154 | $2.34 | $0.00 | $55,000.40 |
| | | TOTAL INVESTMENT | $215,015.00 | $665,935.40 |
| | | CASH BALANCE | $0.00 | $0.00 |
| | | TOTAL | $215,015.00 | $665,935.40 |

*Average cost per share is rounded to the nearest $.01 and reflects Linqto Bucks discounts.

**Activity (James Akmakjian)**

| DATE | TYPE | COMPANY | SHARES | PRICE/SHARE | AMOUNT |
|---|---|---|---|---|---|
| 03/23/2023 | Buy | Ripple | 5,000 | $20.00 | $100,000.00 |
| 03/17/2023 | Deposit | DEPOSIT - Wire Transfer | | | $295,920.00 |
| 03/17/2023 | Withdrawal | BUY - Ripple - Order 35230 | | | -$295,920.00 |
| 03/08/2023 | Buy | Ripple | 14,796 | $20.00 | $295,920.00 |
| 03/01/2023 | Buy | Polysign | 21,154 | $2.34 | $55,000.40 |

‡ Amounts include fees, when applicable

Disclaimer: Neither Linqto, Inc., nor any of its officers, directors, agents, employees, or affiliates (collectively "Linqto") give any investment advice, endorsement, analysis, or recommendations with respect to any securities. The information on this website is provided for educational purposes and is not intended to influence any investment decision. No communication from Linqto, through this website or in any other medium, should be construed as a call to action to purchase any securities. Linqto strongly encourages potential investors to seek professional counsel prior to entering into any transaction for any securities. Linqto Capital, member FINRA/SIPC.

---

**LINQTO**
101 Metro Drive, Suite 335
San Jose, CA 95110
invest@linqto.com

### Monthly Statement
December 1, 2023 to December 31, 2023

Harout James Akmakjian
5612 Oakwood Rd,
Long Grove, Illinois
60047, United States

**Current Holdings (James Akmakjian)**
Individual Account

| | TOTAL SHARES | AVG. COST/SHARE* | STARTING BALANCE | ENDING BALANCE |
|---|---|---|---|---|
| Ripple | 29,840 | $20.00 | $610,935.00 | $610,935.00 |
| Polysign | 21,154 | $2.34 | $55,000.40 | $55,000.40 |
| | | TOTAL INVESTMENT | $665,935.40 | $665,935.40 |
| | | CASH BALANCE | $0.00 | $0.00 |
| | | TOTAL | $665,935.40 | $665,935.40 |

*Average cost per share is rounded to the nearest $.01 and reflects Linqto Bucks discounts.

**Activity (James Akmakjian)**

| DATE | TYPE | COMPANY | SHARES | PRICE/SHARE | AMOUNT |
|---|---|---|---|---|---|
| | | This account has no activity. | | | |

‡ Amounts include fees, when applicable

Disclaimer: Neither Linqto, Inc., nor any of its officers, directors, agents, employees, or affiliates (collectively "Linqto") give any investment advice, endorsement, analysis, or recommendations with respect to any securities. The information on this website is provided for educational purposes and is not intended to influence any investment decision. No communication from Linqto, through this website or in any other medium, should be construed as a call to action to purchase any securities. Linqto strongly encourages potential investors to seek professional counsel prior to entering into any transaction for any securities. Linqto Capital, member FINRA/SIPC.

---

# Documents I, J, K, L

---

JAMES AKMAKJIAN

651123

**Schedule K-1 (Form 1065)** — 2023
Department of the Treasury
Internal Revenue Service
For calendar year 2023, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** See separate instructions.

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123

**Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) 0. | 14 Self-employment earnings (loss) A 0. |
| 2 Net rental real estate income (loss) | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ☒ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | |
| 7 Royalties | 20 Other information |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

**Part I   Information About the Partnership**

A Partnership's employer identification number
   86-3063543

B Partnership's name, address, city, state, and ZIP code
   LINQTO LIQUIDSHARES LLC - RIPPLE - 9
   101 METRO DRIVE SUITE 355
   SAN JOSE, CA 95110

C IRS center where partnership filed return: E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
   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

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
   JAMES AKMAKJIAN
   5612 OAKWOOD RD
   LONG GROVE, IL 60047

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner
H2 ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN _____ Name _____

I1 What type of entity is this partner? INDIVIDUAL
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 31.6993000 % | 31.6993000 % |
| Loss | 31.6993000 % | 31.6993000 % |
| Capital | 31.6993000 % | 31.6993000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

K1 Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

K2 ☐ Check this box if Item K1 includes liability amounts from lower-tier partnerships
K3 ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions.

L **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ 0. |
| Capital contributed during the year | $ 596800. |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ ( ) |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 596800. |

M Did the partner contribute property with a built-in gain (loss)?
   ☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

N Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
   Beginning ....................$
   Ending .......................$

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   311261 12-09-23   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2023

41

---

**LINQTO**
101 Metro Drive, Suite 335
San Jose, CA 95110
invest@linqto.com

### Monthly Statement
October 1, 2024 to October 31, 2024

Harout James Akmakjian
5612 Oakwood Rd,
Long Grove, Illinois
60047, United States

**Current Holdings (James Akmakjian)**
Individual Account

| | TOTAL SHARES | AVG. COST/SHARE* | STARTING BALANCE | ENDING BALANCE |
|---|---|---|---|---|
| **Ripple** | | | | |
| Linqto Liquidshares LLC - Ripple - 9 | 29,840 | $20.00 | $610,935.00 | $610,935.00 |
| **Polysign** | | | | |
| Linqto Liquidshares LLC - Polysign - 16 | 21,154 | $2.34 | $55,000.40 | $55,000.40 |
| | | TOTAL INVESTMENT | $665,935.40 | $665,935.40 |
| | | ‡ CASH BALANCE | $0.00 | $0.00 |
| | | TOTAL | $665,935.40 | $665,935.40 |

*Average cost per share is rounded to the nearest $.01 and reflects Linqto Bucks discounts.

‡ Available Cash is custodied in an omnibus account with JPMorgan Chase Bank, N.A., in the name of Linqto Liquidshares LLC for the benefit of ("FBO") customers. FBO accounts are FDIC-insured up to $250,000.

**Activity (James Akmakjian)**

| DATE | TYPE | COMPANY | SHARES | PRICE/SHARE | AMOUNT |
|---|---|---|---|---|---|
| | | This account has no activity. | | | |

‡ Available Cash is custodied in an omnibus account with JPMorgan Chase Bank, N.A., in the name of Linqto Liquidshares LLC for the benefit of ("FBO") customers. FBO accounts are FDIC-insured up to $250,000.

IMPORTANT LEGAL NOTICE AND DISCLOSURES: This document is intended only for the exclusive use of the addressee and may contain information that is confidential. Nothing herein is intended to constitute investment, legal, tax, accounting, insurance, or other professional advice. You are strongly encouraged to consult with your tax advisor, investment professional and/or your attorney regarding the information in this statement prior to using it. Current Holdings: This section of the statement reflects the holdings in your account as of a specified date. The Cash Balance reflects the amount of available cash custodied in an omnibus account with JPMorgan Chase Bank, N.A., in the name of Linqto Liquidshares for the benefit of ("FBO") customers. Avg. Cost/Share: The information provided for average cost per share generally refers to the amount you paid to purchase shares in the series of Linqto Liquidshares, LLC. If you made multiple purchases, the amount provided is the average cost for the total amount of purchases. Average cost per share is rounded to the nearest $.

4:02

‹ 875   2 Messages   ∧ ∨

**James Akmakjian**　　　　　　6/1/23
To: Alan Kerlidou ›

## Ripple shares

If ripple wins and ends up doing an IPO:

Will my shares be immediately pushed to my Brokerage account?

Is there a holding period? Can I sell it immediately?

Respectfully,
Dr. James Akmakjian

Found in Personal All Mail Mailbox

**Siri Found a Phone Number**
Alan Kerlidou
(415) 877-9398　　　　Update　×

**Alan Kerlidou**　　　　　　6/2/23
To: James Akmakjian ›

Hi James,

Thanks for reaching out. That is correct. If Ripple goes public, your shares will be transferred on your brokerage exchange platform (for example: Fidelity, Schwab, TD Ameritrade, etc.). You will need to submit your brokerage account information on our website

4:03

< 875

2 Messages
**Ripple shares**

 **Alan Kerlidou**  6/2/23
To: James Akmakjian >

Hi James,

Thanks for reaching out. That is correct. If Ripple goes public, your shares will be transferred on your brokerage exchange platform (for example: Fidelity, Schwab, TD Ameritrade, etc.). You will need to submit your brokerage account information on our website via the following link: https://app.linqto.com/profile. At the bottom of this page, you will find a section called "Brokerage Account Information".

We have also launched last week our Market Trading System. This feature allows you to sell your position on our platform if you wanted to book some profit. You can place a sell order by clicking on your Ripple Labs position from My Portfolio on our website. Please keep in mind that we charge a 10% transaction fee on sell orders.

PS: we have also migrated Polysign on our Market Trading System yesterday. The stock is now trading at $2.43/sh. We have reasons to believe that like Ripple Labs, Polysign's price per share has great chances of increasing over time.

Let me know if you have any questions.

Regards,

 LINQTO

**Alan Kerlidou**, Senior Investment Specialist



Found in Personal All Mail Mailbox

**Alan Kerlidou** 7/17/23
To: James Akmakjian >

# The Week Ahead

Hi James,

Get ready for another exciting week ahead. Please make sure your account is funded and let me know if you'd like to discuss any of these opportunities:

## Restocks

**CHAINALYSIS** - due to popular demand we will be restocking a limited amount today!
Leading the way in blockchain data analysis, providing tools that make it easier for businesses, governments, and institutions to navigate the crypto landscape. They play a crucial role in making the cryptocurrency market more transparent and secure, paving the way for its future.

**CEREBRAS** - expected to be available by Thursday of this week.
Developer of the largest and fastest computing chips designed for the singular purpose of accelerating AI

accelerating AI

**Recent Launches**

**GLINT** - less than $200,000 of remaining inventory currently priced at $.46 per share
This is an opportunity to truly get in early on a name that many of our members are also user/customers. If you are new to Glint, they facilitate gold-based instant electronic payments for 200,000+ users worldwide.

**SNAPLOGIC** - less than $75,000 of remaining inventory currently priced at $5.31 per share
With partners and customers like Microsoft (MSFT is also an investor), Amazon, and Google, it is not surprising that SnapLogic is a Gartner 2023 "Magic Quadrant" leader and scores a 98% Success rating in PitchBook's predictive exit indicator ("A likely acquisition target" per PitchBook).

**Opportunistic Pricing**

**UPHOLD** - currently available at **$1.93** per share. Historically priced as high as $7.00/share, Uphold has numerous recent catalysts and continues to be both a trusted Linqto partner and member favorite.

**POLYSIGN** - currently available at **$2.90** per

4:10 

  **The Week Ahead**  

**POLYSIGN** - currently available at **$2.90** per share. Historically priced at $3.00/share, Polysign has recently launched retail custody and is beta testing AtomicNet (Linqto is a testing partner).

**LINQTO** - currently available at **$2.51**. Invest in the company that puts investing in private markets right at your finger tips. (April 409a valuation was $4.70 per share).

**RIPPLE** - currently available at **$57.01**. Ripple demand has been surging since Ripple secured a significant win in its case against the SEC, with U.S. District Judge Analisa Torres determining that XRP is not a security when sold to the general public.

**Coming Soon**

**iTrustCapital** - should be available in the next 7 - 12 days, be sure to fund your account now!

**CIRCLE** - we are currently working on closing on another block and expect it to be available either later this week or next week.

*(please note that the above launches and restocks are subject to change due to circumstances outside our control and pricing is dynamic and fluctuates base on supply and demand)*

   

Filing Objection to Pledging Proceeds From Sale of Ripple Shares Referenced in Docket 79.

Filing Pro Se,
Case # 25-90186

James Akmakjian

DRJAMES @ LongGroveDental.com
224.358.6940

Thank you for filing on my behalf; I am an Illinois resident

