IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____
                                        )
In re:                                  )    Chapter 11
                                        )
LINQTO TEXAS, LLC, *et al*.,            )    Case No. 25-90186
                                        )
           Debtors.                     )    (Jointly Administered)
_____)

**STIPULATION OF UNCONTESTED FACTS CONCERNING**
**EMERGENCY MOTION TO TRANSFER VENUE AND HEARING TESTIMONY**

Debtors Linqto, Inc. ("**Linqto**"), Linqto Liquidshares, LLC ("**Liquidshares**"), Linqto Liquidshares Manager, LLC ("**Liquidshares Manager**") and Linqto Texas, LLC ("**Linqto Texas**") (collectively, the "**Debtors**") and Sapien Group USA LLC and its Group Affiliates (together, "**Sapien**") hereby stipulate to the following facts as uncontested concerning the *Emergency Motion of Sapien Group USA LLC and its Group Affiliates to Transfer Venue of the Debtors' Cases to the District of Delaware Pursuant to 28 U.S.C. § 1412* [Dkt. No. 88] (the "**Venue Motion**"):

1. Linqto is a corporation organized under the law of the State of Delaware that, as of the Petition Date, had its principal place of business in San Jose, California and a mailing address in Sunnyvale, California.

2. Liquidshares is a limited liability company organized under the laws of the State of Delaware that, as of the Petition Date, had its principal place of business in San Jose, California and a mailing address in Sunnyvale, California.

3. Liquidshares Manager is a limited liability company organized under the laws of the State of Delaware that, as of the Petition Date, had its principal place of business in San Jose, California and a mailing address in Sunnyvale, California.

1

4.Debtors Linqto and Liquidshares paused their trading platform business in March of 2025 and, since that date, have engaged in the sale of the Debtors' inventory of private company securities, maintained and operated the customer service department, and continued to facilitate customer tax reporting.

5.Linqto Texas is a limited liability company organized under the laws of the State of Texas that was formed on April 7, 2025.

6.Linqto Texas does not own or lease any real property located in the state of Texas.

7.Linqto has an employee who resides in and works remotely from Willis, Texas.

8.Liquidshares owns shares in four companies which are headquartered in Texas and one company which is incorporated in Texas. A total of seventy-six (76) of the one hundred and eleven (111) companies in which Liquidshares directly or indirectly owns shares have offices, employees and/or other operations in Texas.

9.Approximately one thousand twenty-six (1,026) of Linqto, Inc.'s customers, out of a total of approximately thirteen thousand four hundred seventy-eight (13,478) customers, reside in the state of Texas. Approximately four thousand five hundred forty-four (4,544) customers reside in the western states of Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Texas and Utah. Approximately two thousand two hundred eighty-two (2,282) customers live outside the United States. Approximately forty-one (41) customers live in Delaware.

10.Linqto Texas has bank accounts with JPMorgan Chase Bank and Silicon Valley Bank, each of which has branches in the state of Texas.

11.Linqto Texas does not conduct any business activity in Texas, but it did procure certain of the Debtors' director and officer liability insurance policies.

12. The funds used by Linqto Texas to purchase any D&O Policies were transferred to it from accounts in the names of either Linqto, Liquidshares, or Liquidshares Manager.

13. Linqto Texas is not currently aware of any evidence relevant to the Debtors' bankruptcy case that could be produced in Texas but not in Delaware.

14. Linqto Texas is not currently aware of any potential witnesses for the Debtors' bankruptcy case who would be available to testify in Texas but not in Delaware.

15. Sapien Group USA, LLC is a Delaware Limited Liability Company formed on June 11, 2025, with its principal offices located at 7197 Indian Valley Ct., San Jose, California 95139.

16. Sapien Linqto SPV Fund Series III is a Delaware Limited Liability Company with its principal offices located at 7197 Indian Valley Ct., San Jose, California 95139.

17. Sapien Ventures Investment Management Pty Ltd. is an entity organized under the laws of the Country of Australia with its principal offices located at Level 9, Tower B, The Zenith Centre, 821 Pacific Highway, Chatswood, NSW, 2067.

18. Sapien Ventures LP Fund No. 1 is an entity organized under the laws of the Country of Australia with its principal offices located at Level 9, Tower B, The Zenith Centre, 821 Pacific Highway, Chatswood, NSW, 2067.

19. Sapien Ventures LP Fund No. 2 is an entity organized under the laws of the Country of Australia with its principal offices located at Level 9, Tower B, The Zenith Centre, 821 Pacific Highway, Chatswood, NSW, 2067.

20. Sapien Ventures LP Fund No 1 owns 850,342 shares of Linqto, Inc. Preferred Series AA stock.

21. Victor Jiang, a Sapien principal, is the holder of options for the purchase of 432,000 shares of Linqto, Inc.

22. Sapien is not currently aware of any evidence relevant to the Debtors' bankruptcy case that could be produced in Delaware but not in Texas.

23. Sapien is not currently aware of any potential witnesses for the Debtors' bankruptcy case who would be available to testify in Delaware but not in Texas.

24. Sapien has not prepared a detailed financial analysis comparing the costs of continuing the Debtors' bankruptcy case in Texas versus Delaware.

25. Sapien does not hold a board position with any of the Debtors.

26. Sapien is not currently a manager, director, or officer of any of the Debtors.

27. Victor Jiang served on the Board of Directors of Linqto, Inc. from October of 2022, until May 30, 2025.

28. Linqto Texas has no employees.

29. Linqto Texas has no physical offices in Texas where it conducts any business.

30. Linqto Texas's bank account statements were mailed to its office and mailing address in California.

31. Linqto Texas has no customers.

32. As of the Petition Date, Linqto Texas's creditors included the following: (1) the State of Texas for annual reporting and related fees; (2) CT Corporation, as registered agent; (3) monthly service charges for bank accounts where Linqo Texas has its accounts (JPMorgan Chase Bank and Silicon Valley Bank); (4) continuing premium obligation to D&O carriers with whom it placed insurance; and (5) obligations to Linqto, Inc., which the Debtors contend are shared services and an intercompany loan.

33. Linqto Texas purchased D&O Insurance for the benefit of directors and officers of Linqto, Inc. and managers of its affiliated companies including Linqto Texas.

## HEARING TESTIMONY

34. The parties agree that in lieu of live testimony at the hearing of the Venue Motion, they will agree to the admission of certain paragraphs of the Declarations of Victor Jiang (the "**Jiang Declaration**") and Jeffrey S. Stein (the "**Stein Declaration**").

35. For the Jiang Declaration, the Debtors agree to the admission of paragraph 1 (first sentence through the word "(Sapien)"; paragraph 3 (first sentence) and paragraph 25.

36. For the Stein Declaration, Sapien agrees to the admission of paragraphs 1-6 and 11-19, except that in paragraphs 14 and 16 of the Stein Declaration the word "Debtors" is replaced with the following: "Debtors excluding Linqto Texas."

Dated: August 5, 2025                     Respectfully submitted,

**SCHWARTZ PLLC**

/s/Samuel A. Schwartz
Gabrielle A. Hamm (TX Bar No. 24041047)
Veronica A. Polnick (TX Bar No. 24079148)
Athanasios E. Agelakopoulos (admitted *pro hac vice*)
440 Louisiana Street, Suite 1055
Houston, Texas 77002
Telephone:    (713) 900-3737
Facsimile:    (702) 442-9887
Email:        ghamm@nvfirm.com
              vpolnick@nvfirm.com
              aagelakopoulos@nvfirm.com

Samuel A. Schwartz (admitted *pro hac vice*)
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone:    (702) 385-5544
Facsimile:    (702) 442-9887
Email:        saschwartz@nvfirm.com

*Proposed Counsel for the Debtors and Debtors in Possession*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Aaron M. Guerrero (TX Bar No. 24050698)
Bryan Prentice (TX Bar No. 24099787)
402 Heights Blvd.
Houston, TX 77007
Telephone: 713.335.4990
Facsimile: 712.335.4991
aaron.guerrero@bondsellis.com

**LEECH TISHMAN NELSON HARDIMAN, INC.**

*/s/ Sandford L. Frey*
Sandford L. Frey (CA I.D. # 117058)
*Admitted Pro Hac Vice*
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: 424.738.4400
Facsimile: 424.738.5080
sfrey@leechtishman.com

**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
John M. Steiner (PA I.D. #79390)
Kristin Anders Lawson (PA I.D. #74497)
*Admitted Pro Hac Vice*
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
jsteiner@leechtishman.com
klawson@leechtishman.com

**LEECH TISHMAN ROBINSON BROG, PLLC**
John D'Ercole (NY Bar No. 2074805)
*Admitted Pro Hac Vice*
855 Second Avenue, 3rd Floor
New York, NY 10017
Telephone: 212.603.6300
Facsimile: 212.956.2164
jdercole@leechtishman.com

*Counsel for the Sapien Group USA LLC and its Group Affiliates*