UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| LINQTO TEXAS LLC, et al. | Case No. 25-90186 |
| Debtors. | |

**SUPPLEMENTED RULE 2019 STATEMENT OF DEATON LAW FIRM ON BEHALF OF CERTAIN CREDITORS**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Deaton Law Firm, LLC ("Counsel") hereby submits this verified statement in connection with its representation of multiple creditors in the above-captioned case:

1. Names and Addresses of Creditors

See Exhibit A attached hereto for the list of creditors, ("Deaton Represented Creditors") Counsel represents in this matter.

2. Formation of the Group

The creditors listed above have engaged Counsel for the purpose of collectively asserting and protecting their respective interests in this Chapter 11 case. This group was informally organized on or about July 24, 2025 and does not constitute an official committee appointed pursuant to 11 U.S.C. § 1102.

3. Engagement and Compensation Terms

Counsel has been retained by each creditor individually, though the creditors have agreed to coordinate their interests in these proceedings. Counsel is **not** being compensated for this representation.

4. Counsel Information

>Deaton Law Firm, LLC
>450 N Broadway
>East Providence, RI 02914
>401 351 6400

all-deaton@deatonlawfirm.com

By: John E. Deaton
RI State Bar No. 6537
Email: all-deaton@deatonlawfirm.com

5. Verification

I, the undersigned attorney, hereby certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 3, 2025

    Respectfully submitted,

    Deaton Law Firm, LLC

    By: /s/John E. Deaton
      John E. Deaton
      Counsel for the Deaton Represented Creditors