# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | Case No. 25-90186 (ARP) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 289** |

## CERTIFICATE OF SERVICE

I, ANGHARAD BOWDLER, hereby certify that:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2025, I caused to be served a customized "Notice of Transfer of Claim Other Than for Security," dated August 19, 2025, *related to Docket No. 289*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Angharad Bowdler*
                                                      Angharad Bowdler

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern District of Texas

| | |
|---|---|
| In re: | Chapter 11 |
| LINQTO TEXAS, LLC, et al., | Case No. 25 - 90186 (ARP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 90188114640.01 in the amount of $42,581.40 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2025.

| Alleged Transferor: | Alleged Transferee: |
|---|---|
| ANDREW WHITING<br>ADDRESS ON FILE | SLFAQ LLC<br>670 WHITE PLAINS ROAD - PENTHOUSE<br>SCARSDALE New York 10583 |
| | |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Refer to DOCKET NUMBER 289 in your objection.
File a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
Southern District of Texas
BOB CASEY US COURTHOUSE, 515 RUSK AVE
HOUSTON, TX 77002

Date: 08/19/2025

*/s/ Bowdler, Angharad*
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

888-865-2086
https://dm.epiq11.com/case/lnq/info

**EXHIBIT B**

Lingto Texas, LLC
Address Service List

| Name | Address |
|---|---|
| NAME ON FILE | ADDRESS ON FILE |
| SLFAQ LLC | 670 WHITE PLAINS ROAD - PENTHOUSE   SCARSDALE NY 10583 |

## Total Count: 2