IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) ) ) | Case No. 25-90186 |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF THOMAS STUDEBAKER IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

I, Thomas Studebaker, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Director and Co-Head of Turnaround & Restructuring at Portage Point Partners, LLC ("**PPP**"), which has its principal place of business at 300 North LaSalle, Suite 1420, Chicago, Illinois 60654. Triple P TRS, LLC ("**Portage Point**"), the restructuring advisor to the debtors and debtors in possession in the above-captioned cases (the "**Debtors**" or the "**Company**"), is wholly owned by PPP. In my capacity as Managing Director at PPP, I am authorized to submit this declaration (this "**Declaration**") on behalf of the Debtors.

2. Portage Point is a restructuring and turnaround management firm whose professionals have a wealth of experience in providing restructuring advisory services and enjoy an excellent reputation for services they have rendered on behalf of debtors and creditors

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA 94087.

1

throughout the United States. I and the Portage Point personnel working with me on this matter have substantial expertise in, among other things, restructuring negotiations, treasury operations, liquidity management, financial accounting and reporting, operational and debt reorganization, key stakeholder management and business plan development, and cost-reduction initiatives.

3. I specialize in providing leadership to troubled and underperforming companies. I have nearly 20 years of restructuring experience, including in the areas of liquidity management, business plan development, evaluation of strategic alternatives, contingency planning, bankruptcy administration, and the negotiation of plans of reorganization. Previously, I served as the Chief Restructuring Officer, Chief Operating Officer, Chief Financial Officer, and interim Chief Financial Officer, as well as restructuring advisor, in various successful in- and out-of-court restructurings across the technology, energy, business services, and retail sectors.

4. I joined Portage Point in May 2023. Prior to that, I was a Partner and Managing Director at AlixPartners, LLP. I obtained a Master of Business Administration degree from Northwestern University's J.L. Kellogg School of Management and a Bachelor's degree from the University of Notre Dame. I am also a Certified Insolvency and Restructuring Advisor.

5. Since March 2025, I have overseen the Portage Point team that has provided restructuring advisory services to the Debtors. In that capacity, I have been closely involved in the Debtors' financing and restructuring efforts to date. The Portage Point team that I supervise and I have acquired knowledge of the Debtors and their businesses, and developed familiarity with the Debtors' financial affairs, debt structure, operations, and related matters.

6. Except as otherwise indicated herein, all the facts set forth in this Declaration are based upon my personal knowledge, my discussions with other members of the Debtors' management team and the Debtors' advisors, my review of relevant documents and information

concerning the Debtors' operations, financial affairs, and restructuring initiatives, and/or my opinions based upon my experience and knowledge as a restructuring professional. If called upon to testify, I would testify to the facts set forth in this Declaration.

7. Additional information regarding the Debtors (collectively with their non-debtor affiliates, the "**Company**"), their business, and the facts and circumstances supporting the Debtors' Chapter 11 Cases is set forth in the *Declaration of Jeffrey S. Stein in Support of Chapter 11 Petitions, First Day Motions, and Related Relief* (the "**First Day Declaration**").[2]

8. I submit this declaration (the "**Declaration**") in support of the *Debtors' Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "**Motion**") [Docket No. 16].

## Portage Point Review of Share Ownership

9. In connection with the filing of these cases, Portage Point, at my direction, undertook a review to determine the ownership of the Securities held by Linqto Liquidshares, LLC ("**Liquidshares**").

10. Liquidshares holds a variety of Securities across multiple Issuing Companies. Records of Securities ownership is maintained in one of four ways: (a) through third-party ownership platforms such as Carta and Shareworks; (b) through physical stock certificates; (c) through holding statements provided by an Issuing Company; and (d) through investments in

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion or the First Day Declaration, as applicable.

3

special-purpose vehicles ("**SPVs**") or general partner interests that, in turn, hold shares of underlying Issuing Companies.

11. With respect to Issuing Companies that utilize Carta and Shareworks, Portage Point, together with the Company, reviewed ownership information on those platforms. Carta and Shareworks are commonly used by privately held companies to manage capitalization tables and share issuances. Based on this review, Portage Point confirmed that all Securities reflected on Carta and Shareworks were registered in the name of Liquidshares and that such ownership aligned with the Company's stated records of share ownership.

12. With respect to Issuing Companies for which Liquidshares holds physical stock certificates, Portage Point reviewed those certificates and confirmed that the shares were issued in the name of Liquidshares. The number of shares reflected on the certificates was consistent with the Company's stated records of share ownership.

13. With respect to Issuing Companies that provided holding statements rather than physical certificates or use of Carta/Shareworks, Portage Point reviewed those holding statements. Portage Point confirmed that such statements reflected ownership in the name of Liquidshares and that the quantities of Securities reported therein were consistent with the Company's stated records of share ownership.

14. With respect to investments made by Liquidshares in SPVs, Portage Point reviewed the Debtor's investment records, including subscription agreements which contain representations by the relevant general partners regarding the applicable SPV's ownership of the underlying Securities. Portage Point did not independently validate the SPVs' ownership of Securities in the underlying Issuing Companies.

15. Notably, across all categories of review, Portage Point confirmed that the Securities directly owned by Liquidshares—whether through Carta, Shareworks, physical certificates, or holding statements—were reflected in Liquidshares' name and aligned with the Company's stated records of share ownership except as stated below.

16. There was one Issuing Company for which Portage Point was not able to validate ownership of the shares—Space Perspective.[3] While the Company maintains records of Liquidshares' ownership in Space Perspective, the documentation available to Portage Point was not sufficient to substantiate ownership to the same standard as in other cases. The aggregate value of these shares is *de minimis* and represents only a negligible portion of Liquidshares' overall holdings.

17. Accordingly, it is my belief that, as of the Petition Date and continuing thereafter, the Securities were owned in the name of Liquidshares, subject only to the *de minimis* exceptions noted above.

Dated: September 30, 2025

/s/ Thomas Studebaker
Thomas Studebaker
Managing Director
Portage Point Partners, LLC

---

[3] Upon information and belief, Space Perspective ceased operations in early 2025 and its assets were sold to Eos X Space.