**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) ) | Case No. 25-90186 |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel to Jefferies LLC ("Jefferies") pursuant to, *inter alia,* Rules 2002, 3017, 9010 and 9013 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), and requests that all notices given and all papers served or required to be served in the above referenced Chapter 11 Case (the "Chapter 11 Case") be given to and served upon:

> Clay M. Taylor
> **DENTONS US LLP**
> 100 Crescent Court
> Suite 900
> Dallas, TX 75201
> (214) 259-0900
> clay.taylor@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Jefferies (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Jefferies is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 2, 2025

Respectfully submitted,

<u>By:/s/ Clay M. Taylor</u>
Clay M. Taylor
**DENTONS US LLP**
100 Crescent Court
Suite 900
Dallas, TX 75201
(214) 259-0900
clay.taylor@dentons.com

*Counsel for Jefferies LLC*

**CERTIFICATE OF SERVICE**

      I, Clay M. Taylor an attorney, hereby certify that on October 2, 2025, a copy of the foregoing Notice of Appearance and Request for Notice was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas.

                                                     /s/ *Clay M. Taylor*
                                                     Clay M. Taylor