## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) | |
| | ) | Case No. 25-90186 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## DEBTOR'S AMENDED AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON OCTOBER 3, 2025 AT 11:00 A.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this Agenda of Matters Set for Virtual Hearing on **October 3, 2025, at 11:00 a.m. (prevailing Central Time)** before the Honorable Alfredo R. Pérez in the United States Bankruptcy Court for the Southern District of Texas:

**A.      Pleadings.**

1. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying The Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 16].

   Status: This matter is going forward. The Debtors received various timely and untimely objections to the motions going forward. A list of such objections is attached hereto.

2. *Motion for Entry of an Order (I) Authorizing the Use of Estate Proceeds Free and Clear of All Liens, Claims, Interests, And Encumbrances, (II) Determining That the Ripple Sale Proceeds Are Assets of the Bankruptcy Estate, and (III) Granting Related Relief* [Docket No. 79].

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's, federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745].  The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA 94087.

Status: This matter is going forward. The Debtors received various timely and untimely objections to the motions going forward. A list of such objections is attached hereto.

**3.** *Emergency Motion for Entry of an Order (I) Approving Settlement Between the Debtors, the Official Committee of Unsecured Creditors, and the Deaton Parties Regarding Ripple Tender Proceeds, DIP Financing, and Customer Treatment Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* [Docket No. 505].

Status: This matter is going forward. The Debtors received various objections to the motions going forward. A list of such objections is attached hereto.

**4.** *Emergency Motion of the Ad Hoc Group of Equity Holders for Entry of an Order Directing the U.S. Trustee to Appoint an Official Committee of Equity Security Holders Pursuant to 11 U.S.C. § 1102 Filed by Stockholder Ad Hoc Group of Equity Holders* [Docket No. 574].

Status: This matter is going forward.

**B. Evidentiary Support.**

**1. Stein DIP Declaration.** *Declaration of Jeffrey S. Stein in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 16-1].

**2. Hamilton DIP Declaration.** *Declaration of Ryan Hamilton in support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 16-2].

**3. Stein Ripple Motion Declaration.** *Declaration of Jeffrey S. Stein Support of Debtors' Motion for Entry of an Order (I) Authorizing the Use of Estate Proceeds Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Determining that the Ripple Sale Proceeds are Assets of the Bankruptcy Estate, and (III) Granting Related Relief* [Docket No. 79-1].

**4. Studebaker DIP Declaration.** *Declaration Of Thomas Studebaker In Support Of Debtors' Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Postpetition Secured Financing, (II) Granting Liens And Providing Superpriority Administrative Expense Claims, (III) Modifying The Automatic Stay, (IV) Scheduling A Final Hearing, And (V) Granting Related Relief* [Docket No. 617].

2

5.      **Supplemental Stein DIP Declaration.** *Declaration Of Jeffrey S. Stein In Support Of: (A) Debtors' Motion For Entry Of An Order (I) Authorizing The Use Of Estate Proceeds Free And Clear Of All Liens, Claims, Interests, And Encumbrances, (II) Determining That The Ripple Sale Proceeds Are Assets Of The Bankruptcy Estate, And (III) Granting Related Relief; and (B) Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense* [Docket No. 619].

6.      **Stein 9019 Declaration.** *Declaration Of Jeffrey S. Stein In Support Of Debtors' Emergency Motion for Entry of an Order (I) Approving Settlement Between the Debtors, the Official Committee of Unsecured Creditors, and the Deaton Parties Regarding Ripple Tender Proceeds, DIP Financing, and Customer Treatment Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* [Docket No. 620].

Dated: October 3, 2025
Houston, Texas

Respectfully submitted,

**SCHWARTZ PLLC**

*/s/ Veronica A. Polnick*
Gabrielle A. Hamm (TX Bar No. 24041047)
Veronica A. Polnick (TX Bar No. 24079148)
Renee D. Wells (TX Bar No. 24013731)
Athanasios E. Agelakopoulos (admitted *pro hac vice*)
440 Louisiana Street, Suite 1055
Houston, Texas 77002
Telephone:     (713) 900-3737
Facsimile:      (702) 442-9887
Email:            ghamm@nvfirm.com
                     vpolnick@nvfirm.com
                     rwells@nvfirm.com
                     aagelakopoulos@nvfirm.com

Samuel A. Schwartz (admitted *pro hac vice*)
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone:     (702) 385-5544
Facsimile:      (702) 442-9887
Email:            saschwartz@nvfirm.com

*Counsel for the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that on October 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick

**TIMELY FILED OBJECTIONS TO THE**
**DIP FINANCING MOTION [DOCKET NO. 16]**

| Name of Objecting Party | Date Filed | Docket No. |
|---|---|---|
| Harout James Akmakjian | 7/28/2025 | 141 |
| John Deaton | 7/29/2025 | 142 |

## UNTIMELY FILED OBJECTIONS TO THE DIP FINANCING MOTION [DOCKET NO. 16]

| Name of Objecting Party | Date Filed | Docket No. |
|---|---|---|
| Dean Libner, Co-Trustee of LIBNER FAMILY REVOCABLE LIVING TRUST DATED JULY 26, 2023 | 7/31/2025 | 146 |
| Shuichi Mukai | 7/31/2025 | 152 |
| Ian D. Brookfield | 7/31/2025 | 156 |
| Jacob Flasterstein | 7/31/2025 | 159 |
| Daniel Ross | 8/1/2025 | 167 |
| Harout James Akmakjian | 8/1/2025 | 171 |
| Katti Esp | 8/4/2025 | 175 |
| James E. Love, Revocable Trust of James E. and Lynne M. Love | 8/4/2025 | 178 |
| Lihong L. D'Angelo | 8/4/2025 | 195 |
| Ryan Rosen | 8/5/2025 | 202 |
| Lucio JR Rodriguez | 8/6/2025 | 209 |
| Vance Merhoff, member/ manager of Fireproof Unit, LLC | 8/11/2025 | 228 |
| Armando Martinez | 8/11/2025 | 236 |
| Armando Martinez | 8/11/2025 | 237 |
| Lee Ann Breeding | 8/11/2025 | 238 |
| Forrest Wayne Lenderman | 8/11/2025 | 240 |
| Ian Douglas Brookfield | 8/11/2025 | 241 |
| Ilan Alon | 8/13/2025 | 243 |
| Ian Douglas Brookfield | 8/11/2025 | 246 |
| Ilan Alon, PhD | 8/13/2025 | 247 |
| Armando Martinez | 8/11/2025 | 248 |
| Ryan Rosen | 8/13/2025 | 254 |
| Armando Martinez | 8/14/2025 | 266 |
| Jeremy G. Laakso | 8/14/2025 | 269 |
| Christian Del Guidice o/b/o Rockshire Enterprises, Inc. | 8/15/2025 | 271 |
| Eric Beer | 8/15/2025 | 275 |
| John Stelyn | 8/15/2025 | 276 |
| Andres Carneiro, Trustee of Carneiro-Barnum Family Trust dated November 4, 2013 | 8/15/2025 | 278 |
| Daniel Ross | 8/15/2025 | 279 |
| Prashant Patel | 8/15/2025 | 284 |
| Seth Rosenblit | 8/15/2025 | 300 |

## UNTIMELY FILED OBJECTIONS TO THE DIP
## FINANCING MOTION [DOCKET NO. 16]

| | | |
|---|---|---|
| Agripino C. Ferrer Jr. | 8/15/2025 | 301 |
| Agripino C. Ferrer Jr. | 8/15/2025 | 302 |
| Lina Flor Ferrer | 8/15/2025 | 303 |
| Lina Flor Ferrer | 8/15/2025 | 304 |
| Jonathan K Mays | 8/15/2025 | 306 |
| Kendra Simon | 8/15/2025 | 307 |
| Stuart Lee | 8/18/2025 | 309 |
| Ross Mayer | 8/18/2025 | 310 |
| Behnad Zandi | 8/18/2025 | 314 |
| Marla Pennington | 8/18/2025 | 319 |
| Jack V. Corradino | 8/18/2025 | 321 |
| Tamekia Moman-Stewart | 8/18/2025 | 330 |
| Adele Michal | 8/18/2025 | 331 |
| Sheri Braemer | 8/18/2025 | 332 |
| Valerie Lynn Brinker | 8/18/2025 | 333 |
| Russell E. Perry | 8/18/2025 | 334 |
| Dean Libner, Co-Trustee of LIBNER FAMILY REVOCABLE LIVING TRUST DATED JULY 26, 2023 | 8/18/2025 | 335 |
| Justin and Sabrina Day | 8/18/2025 | 336 |
| SUSHMITHA PEARL FERNANDES | 8/18/2025 | 337 |
| Richard Krause | 8/18/2025 | 338 |
| Kimberly Krause | 8/18/2025 | 339 |
| Patricia Burch Farrell | 8/18/2025 | 343 |
| Marisa Echemendia | 8/18/2025 | 344 |
| Linda P. Jones | 8/15/2025 | 346 |
| Dana Charvette Carr | 8/18/2025 | 349 |
| Julie Zolfo | 8/18/2025 | 350 |
| Rhona Skomovic | 8/18/2025 | 351 |
| David H Tayani | 8/18/2025 | 352 |
| Thomas R Shanley | 8/18/2025 | 353 |
| Terry James Maglio | 8/18/2025 | 354 |
| Joseph Zajac | 8/18/2025 | 355 |
| Chris Brumley | 8/18/2025 | 356 |
| Christopher James Gschwend | 8/19/2025 | 357 |

## UNTIMELY FILED OBJECTIONS TO THE DIP
## FINANCING MOTION [DOCKET NO. 16]

| | | |
|---|---|---|
| Michele Abroff | 8/18/2025 | 359 |
| Vincent J Arma | 8/18/2025 | 360 |
| Sarah Elizabeth Powell | 8/19/2025 | 361 |
| Emily Ann Powell | 8/19/2025 | 362 |
| Bart Danby | 8/19/2025 | 363 |
| Lauren Lopp | 8/19/2025 | 364 |
| Courtney Collette | 8/19/2025 | 365 |
| Justin Lyons | 8/19/2025 | 366 |
| Peter Mercier | 8/19/2025 | 367 |
| John A. Davis | 8/19/2025 | 368 |
| Mike Patterson | 8/19/2025 | 369 |
| Ashley Killian | 8/19/2025 | 370 |
| Adam J. McLaurin | 8/19/2025 | 371 |
| Theodore Klaas Koopman | 8/19/2025 | 372 |
| Geoffrey A Barr | 8/19/2025 | 373 |
| Glen T. Casto | 8/19/2025 | 374 |
| Renee Porta | 8/19/2025 | 375 |
| Natalie Jaschke | 8/19/2025 | 376 |
| Kenneth Lord | 8/18/2025 | 377 |
| Robert L Harpool | 8/19/2025 | 378 |
| Martin Clarke, Better And Better Investments LLC | 8/20/2025 | 379 |
| Ramon Carr | 8/18/2025 | 380 |
| Johannes Muller Stosch | 8/18/2025 | 381 |
| Brian Murphy | 8/19/2025 | 382 |
| Jeremy Black | 8/18/2025 | 383 |
| Daniel J Bartlett | 8/20/2025 | 384 |
| Andrew A. Bestafka | 8/18/2025 | 385 |
| Martin Clarke | 8/20/2025 | 386 |
| Jonathan K Mays | 8/20/2025 | 387 |
| Jennifer Houser | 8/20/2025 | 389 |
| Patrick Vincent Versace | 8/21/2025 | 397 |
| Debra Monahan | 8/25/2025 | 413 |
| Joseph H. Eylicio | 8/26/2025 | 419 |
| Rhonda Buss | 8/26/2025 | 422 |

## UNTIMELY FILED OBJECTIONS TO THE DIP FINANCING MOTION [DOCKET NO. 16]

| | | |
|---|---|---|
| Michael Schweigler | 9/2/2025 | 460 |
| Mary Palmer Dargan | 9/3/2025 | 467 |
| George Fetko | 9/9/2025 | 476 |
| Ilan Alon | 9/8/2025 | 477 |
| George Fetko | 9/10/2025 | 484 |
| William Sarris | 9/11/2025 | 485 |
| Jeremy Duncan | 9/23/2025 | 554 |
| Sushmitha Pearl Fernandes | 9/25/2025 | 564 |
| Terry James Maglio | 9/25/2025 | 565 |
| Monica Luedecke | 9/25/2025 | 566 |
| Sharon Rich | 9/25/2025 | 571 |
| Todd Gurganus | 9/26/2025 | 577 |
| Elizabeth Lank | 9/26/2025 | 578 |
| Lorena Rochino | 9/26/2025 | 579 |
| Theresa Murata | 9/26/2025 | 580 |
| Summer Deaton | 9/26/2025 | 581 |
| Jason Cline | 9/26/2025 | 582 |
| Renee Porta | 9/26/2025 | 594 |
| Ross Mayer | 9/26/2025 | 607 |
| Linda P. Jones | 9/29/2025 | 608 |
| Gary Kirschbaum | 9/29/2025 | 610 |
| Michele Abroff | 9/26/2025 | 611 |
| Brian Murphy | 9/29/2025 | 612 |
| Bart C. Danby | 9/29/2025 | 613 |
| Mike Patterson | 9/29/2025 | 614 |
| Gilbert Anthony Centeno Jr. | 9/29/2025 | 615 |
| Joe McMillian | 9/29/2025 | 616 |
| Linda P. Jones | 10/1/2025 | 639 |
| Julia N. Lombari | 9/29/2025 | 640 |
| Christina L. Daniken | 9/29/2025 | 641 |
| Christopher and Maria Locatell | 9/29/2025 | 642 |
| John G. Cushing | 9/29/2025 | 643 |
| Lauren Lopp | 9/29/2025 | 645 |
| Jennifer M. Cushing | 9/29/2025 | 646 |

## UNTIMELY FILED OBJECTIONS TO THE DIP FINANCING MOTION [DOCKET NO. 16]

| | | |
|---|---|---|
| Brad Holder | 9/29/2025 | 647 |
| Kenneth M. Lord | 9/29/2025 | 648 |
| Diane Farris | 9/29/2025 | 649 |
| Sheri Braemer | 9/29/2025 | 650 |
| Valerie L. Brinker | 9/29/2025 | 651 |
| Karen Tan | 9/29/2025 | 652 |
| Joseph H. Eylicio | 9/29/2025 | 653 |
| Rhonda Buss | 9/29/2025 | 654 |
| Dennis N. Snipe | 9/29/2025 | 655 |
| Stacy Santiago | 9/30/2025 | 657 |
| Richard Shanegan | 9/30/2025 | 658 |
| Daniel J. Slosek | 9/30/2025 | 659 |
| Manuel Berzosa | 9/30/2025 | 660 |
| Rebecca Wong | 9/30/2025 | 662 |
| Taj Showers | 9/30/2025 | 666 |
| Lynn Schulte | 9/30/2025 | 667 |
| Thelma Putzel | 9/30/2025 | 668 |
| Kendra Simon | 10/1/2025 | 669 |
| Michelle Karel-Ward | 9/30/2025 | 670 |
| Ad Hoc Group of Shareholders of Linqto, Inc. | 10/1/2025 | 671 |
| Ryan Swagar, The WRS 2020 Family Trust, and The Katherine Swagar 2020 Descendants | 10/1/2025 | 672 |
| Marla Pennington | 10/1/2025 | 673 |
| Mary Palmer Dargan | 10/1/2025 | 674 |
| Kimberly Schoenacher | 10/1/2025 | 679 |
| Julie Ann Zolfo | 10/2/2025 | 681 |
| Anneliese Clark Weathington | 10/2/2025 | 682 |
| Michelle M. Wright, PhD | 10/2/2025 | 683 |
| Debra Monahan | 10/2/2025 | 684 |

## TIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| Name of Objecting Party | Date Filed | Docket No |
|---|---|---|
| Jeshwin James | 7/21/25 | 104 |
| Aaron James Kawa | 7/25/25 | 125 |
| William Emmanuel Stelyn | 7/28/25 | 138 |
| Harout James Akmakjian | 7/28/25 | 141 |
| John Deaton | 7/29/25 | 142 |
| Dean Libner, Co-Trustee of Libner Family Revocable Living Trust Dated July 26, 2023 | 7/31/25 | 146 |
| Vance Merhoff, member/ manager of Fireproof Unit, LLC | 7/31/25 | 147 |
| Donald Dean | 7/31/25 | 148 |
| Armando Martinez | 7/31/25 | 149 |
| Charles R. Bridges | 7/31/25 | 150 |
| Shuichi Mukai | 7/31/25 | 152 |
| Robert E. Cunningham | 7/31/25 | 153 |
| Vance Merhoff | 7/31/25 | 154 |
| Vance Merhoff EPSP 401K | 7/31/25 | 155 |
| Ian D. Brookfield | 7/31/25 | 156 |
| Andres Carneiro, Trustee of Carneiro-Barnum Family Trust | 7/31/25 | 157 |
| John. J. Stelyn | 7/31/25 | 158 |
| Jacob Flasterstein | 7/31/25 | 159 |
| Christine M. Raffa | 8/1/25 | 163 |
| Kimberly Elaine Krause, Trustee of KK Investment Trust | 8/1/25 | 164 |
| Shane Tubre | 8/1/25 | 166 |
| Barry Hudson Spencer | 8/1/25 | 187 |
| Behnad Zandi | 8/4/25 | 172 |
| James E. Love, Revocable Trust of James E. and Lynne M. Love Jan 17, 2013 | 8/4/25 | 178 |
| Jeremy Black | 8/4/25 | 179 |
| David Vasek | 8/4/25 | 180 |
| Eric Vasek | 8/4/25 | 181 |
| Lihong L. D'Angelo | 8/4/25 | 195 |
| Marsha E. Bailey | 8/4/25 | 201 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| Name of Objecting Party | Date Filed | Docket No. |
|---|---|---|
| Ryan Rosen | 8/5/2025 | 202 |
| Christian Del Guidice o/b/o Rockshire Enterprises Inc. | 8/5/2025 | 204 |
| Raymond Fuentes | 8/5/2025 | 205 |
| Russell E. Perry | 8/5/2025 | 206 |
| Lucio JR Rodriguez | 8/6/2025 | 209 |
| Lina Flor Ferrer | 8/6/2025 | 210 |
| Agripino C. Ferrer Jr. | 8/6/2025 | 212 |
| Aaron James Kawa | 8/8/2025 | 215 |
| James R. Cabral | 8/11/2025 | 229 |
| Lee Ann Breeding | 8/11/2025 | 239 |
| Forrest Wayne Lenderman | 8/11/2025 | 240 |
| John Murray | 8/11/2025 | 242 |
| Ian Douglas Brookfield | 8/11/2025 | 246 |
| Eric Beer | 8/12/2025 | 244 |
| Gary Bennis | 8/12/2025 | 245 |
| Phanidhar Dasari | 8/12/2025 | 250 |
| Joseph John Zajac | 8/12/2025 | 251 |
| Ilan Alon | 8/13/2025 | 243 |
| Ilan Alon, PhD | 8/13/2025 | 247 |
| Valerie Gaisano Sebastian | 8/13/2025 | 252 |
| James F. Long | 8/13/2025 | 253 |
| Ryan Rosen | 8/13/2025 | 254 |
| John Murray, on Behalf Of Calidris Partners | 8/14/2025 | 264 |
| John Murray, beneficial owner of Forge Trust Co | 8/14/2025 | 265 |
| George Burnell Holcombe | 8/14/2025 | 267 |
| Scott A. Gailey | 8/14/2025 | 268 |
| Jeremy G. Laakso | 8/14/2025 | 269 |
| Reneika Lightbourne | 8/14/2025 | 282 |
| George Holcombe | 8/14/2025 | 287 |
| Natalie Wagner Jaschke | 8/14/2025 | 291 |
| Justin Lyons | 8/14/2025 | 305 |
| Elizabeth Lank | 8/14/2025 | 341 |
| Glen T. Casto | 8/14/2025 | 342 |
| John Gowen Cushing | 8/15/2025 | 270 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| | | |
|---|---|---|
| Christian Del Guidice o/b/o Rockshire Enterprises, Inc. | 8/15/2025 | 271 |
| Jennifer M Cushing | 8/15/2025 | 272 |
| John J Vasquez | 8/15/2025 | 273 |
| The Henosis Limited Partnership, Cesar Jeremy Quintanilla | 8/15/2025 | 274 |
| Eric Beer | 8/15/2025 | 275 |
| John Stelyn | 8/15/2025 | 276 |
| Ross Mayer | 8/15/2025 | 277 |
| Andres Carneiro, Trustee of Carneiro-Barnum Family Trust dated November 4, 2013 | 8/15/2025 | 278 |
| Daniel Ross | 8/15/2025 | 279 |
| Robert L Harpool | 8/15/2025 | 280 |
| Prashant Patel | 8/15/2025 | 284 |
| Seth Rosenblit | 8/15/2025 | 300 |
| Jonathan K Mays | 8/15/2025 | 306 |
| Kendra Simon | 8/15/2025 | 307 |
| Christopher E. Rhodes | 8/15/2025 | 345 |
| Linda P. Jones | 8/15/2025 | 346 |
| Barry Hudson Spencer | 8/18/2025 | 308 |
| Stuart Lee | 8/18/2025 | 309 |
| Ross Mayer | 8/18/2025 | 310 |
| Bryant Gish | 8/18/2025 | 311 |
| Andrew A Bestafka | 8/18/2025 | 312 |
| Behnad Zandi | 8/18/2025 | 314 |
| Randall S Gish | 8/18/2025 | 315 |
| Mildred M Gish | 8/18/2025 | 316 |
| Dennis G. Gardner, Trustee Gardner FamilyTrust dated 5/7/2008 | 8/18/2025 | 317 |
| Marla Pennington | 8/18/2025 | 319 |
| Jack V. Corradino | 8/18/2025 | 321 |
| Maya Kanti Patel | 8/18/2025 | 322 |
| Tamekia Moman-Stewart | 8/18/2025 | 330 |
| Adele Michal | 8/18/2025 | 331 |
| Sheri Braemer | 8/18/2025 | 332 |
| Valerie Lynn Brinker | 8/18/2025 | 333 |
| Russell E. Perry | 8/18/2025 | 334 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| | | |
|---|---|---|
| Dean Libner, Co-Trustee of LIBNER FAMILY REVOCABLE LIVING TRUST DATED JULY 26, 2023 | 8/18/2025 | 335 |
| Justin and Sabrina Day | 8/18/2025 | 336 |
| SUSHMITHA PEARL FERNANDES | 8/18/2025 | 337 |
| Richard Krause | 8/18/2025 | 338 |
| Kimberly Krause | 8/18/2025 | 339 |
| Mark S. Lacher | 8/18/2025 | 340 |
| Patricia Burch Farrell | 8/18/2025 | 343 |
| Marisa Echemendia | 8/18/2025 | 344 |
| Dana Charvette Carr | 8/18/2025 | 349 |
| Julie Zolfo | 8/18/2025 | 350 |
| Rhona Skomovic | 8/18/2025 | 351 |
| David H Tayani | 8/18/2025 | 352 |
| Thomas R Shanley | 8/18/2025 | 353 |
| Terry James Maglio | 8/18/2025 | 354 |
| Joseph Zajac | 8/18/2025 | 355 |
| Chris Brumley | 8/18/2025 | 356 |
| Michele Abroff | 8/18/2025 | 359 |
| Vincent J Arma | 8/18/2025 | 360 |
| Kenneth Lord | 8/18/2025 | 377 |
| Ramon Carr | 8/18/2025 | 380 |
| Johannes Muller Stosch | 8/18/2025 | 381 |
| Jeremy Black | 8/18/2025 | 383 |
| Andrew A. Bestafka | 8/18/2025 | 385 |
| Christopher James Gschwend | 8/19/2025 | 357 |
| Sarah Elizabeth Powell | 8/19/2025 | 361 |
| Emily Ann Powell | 8/19/2025 | 362 |
| Bart Danby | 8/19/2025 | 363 |
| Lauren Lopp | 8/19/2025 | 364 |
| Courtney Collette | 8/19/2025 | 365 |
| Justin Lyons | 8/19/2025 | 366 |
| Peter Mercier | 8/19/2025 | 367 |
| John A. Davis | 8/19/2025 | 368 |
| Mike Patterson | 8/19/2025 | 369 |
| Ashley Killian | 8/19/2025 | 370 |
| Adam J. McLaurin | 8/19/2025 | 371 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| | | |
|---|---|---|
| Theodore Klaas Koopman | 8/19/2025 | 372 |
| Geoffrey A Barr | 8/19/2025 | 373 |
| Glen T. Casto | 8/19/2025 | 374 |
| Renee Porta | 8/19/2025 | 375 |
| Natalie Jaschke | 8/19/2025 | 376 |
| Robert L Harpool | 8/19/2025 | 378 |
| Brian Murphy | 8/19/2025 | 382 |
| Martin Clarke, Better And Better Investments LLC | 8/20/2025 | 379 |
| Daniel J Bartlett | 8/20/2025 | 384 |
| Martin Clarke | 8/20/2025 | 386 |
| Jonathan K Mays | 8/20/2025 | 387 |
| Jennifer Houser | 8/20/2025 | 389 |
| Patrick Vincent Versace | 8/21/2025 | 397 |
| Debra Monahan | 8/25/2025 | 413 |
| Michael Schweigler | 8/25/2025 | 420 |
| Joseph H. Eylicio | 8/26/2025 | 419 |
| Rhonda Buss | 8/26/2025 | 422 |
| Ryan Swagar, The WRS 2020 Family Trust, and The Katherine Swagar 2020 Descendants Trust | 9/2/2025 | 435 |
| Mary Palmer Dargan | 9/3/2025 | 467 |
| Ilan Alon | 9/8/2025 | 477 |
| George Fetko | 9/9/2025 | 476 |
| George Fetko | 9/10/2025 | 484 |
| William Sarris | 9/11/2025 | 485 |
| Alan Clark | 9/15/2025 | 501 |
| Sushmitha Pearl Fernandes | 9/25/2025 | 564 |
| Terry James Maglio | 9/25/2025 | 565 |
| Monica Luedecke | 9/25/2025 | 566 |
| Sharon Rich | 9/25/2025 | 571 |
| Todd Gurganus | 9/26/2025 | 577 |
| Elizabeth Lank | 9/26/2025 | 578 |
| Lorena Rochino | 9/26/2025 | 579 |
| Theresa Murata | 9/26/2025 | 580 |
| Summer Deaton | 9/26/2025 | 581 |
| Jason Cline | 9/26/2025 | 582 |
| Renee Porta | 9/26/2025 | 594 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| | | |
|---|---|---|
| Ross Mayer | 9/26/2025 | 607 |
| Michele Abroff | 9/26/2025 | 611 |
| Linda P. Jones | 9/29/2025 | 608 |
| Alan Clark | 9/29/2025 | 609 |
| Gary Kirschbaum | 9/29/2025 | 610 |
| Brian Murphy | 9/29/2025 | 612 |
| Bart C. Danby | 9/29/2025 | 613 |
| Mike Patterson | 9/29/2025 | 614 |
| Gilbert Anthony Centeno Jr. | 9/29/2025 | 615 |
| Joe McMillian | 9/29/2025 | 616 |
| Julia N. Lombari | 9/29/2025 | 640 |
| Christina L. Daniken | 9/29/2025 | 641 |
| Christopher and Maria Locatell | 9/29/2025 | 642 |
| John G. Cushing | 9/29/2025 | 643 |
| Lauren Lopp | 9/29/2025 | 645 |
| Jennifer M. Cushing | 9/29/2025 | 646 |
| Brad Holder | 9/29/2025 | 647 |
| Kenneth M. Lord | 9/29/2025 | 648 |
| Diane Farris | 9/29/2025 | 649 |
| Sheri Braemer | 9/29/2025 | 650 |
| Valerie L. Brinker | 9/29/2025 | 651 |
| Karen Tan | 9/29/2025 | 652 |
| Joseph H. Eylicio | 9/29/2025 | 653 |
| Rhonda Buss | 9/29/2025 | 654 |
| Dennis N. Snipe | 9/29/2025 | 655 |
| Stacy Santiago | 9/30/2025 | 657 |
| Richard Shanegan | 9/30/2025 | 658 |
| Daniel J. Slosek | 9/30/2025 | 659 |
| Manuel Berzosa | 9/30/2025 | 660 |
| Rebecca Wong | 9/30/2025 | 662 |
| Taj Showers | 9/30/2025 | 666 |
| Lynn Schulte | 9/30/2025 | 667 |
| Thelma Putzel | 9/30/2025 | 668 |
| Michelle Karel-Ward | 9/30/2025 | 670 |
| Linda P. Jones | 10/1/2025 | 639 |
| Kendra Simon | 10/1/2025 | 669 |

## UNTIMELY FILED OBJECTIONS TO THE
## RIPPLE MOTION [DOCKET NO. 79]

| | | |
|---|---|---|
| Ad Hoc Group of Shareholders of Linqto, Inc. | 10/1/2025 | 671 |
| Ryan Swagar, The WRS 2020 Family Trust, and The Katherine Swagar 2020 Descendants Trust | 10/1/2025 | 672 |
| Maria Jan Pennington | 10/1/2025 | 673 |
| Mary Palmer Dargan | 10/1/2025 | 674 |
| Kimberley Schoenacher | 10/1/2025 | 679 |
| Julie Ann Zolfo | 10/2/2025 | 681 |
| Anneliese Clark Weathington | 10/2/2025 | 682 |
| MichelleM. Wright, PhD | 10/2/2025 | 683 |
| Debra Monahan | 10/2/2025 | 684 |

## OBJECTIONS FILED TO 9019 MOTION [DOCKET NO. 505]

| Name of Objecting Party | Date Filed | Docket No. |
|---|---|---|
| John Murray | 9/24/2025 | 555 |
| Sushmitha Pearl Fernandes | 9/25/2025 | 564 |
| Terry James Maglio | 9/25/2025 | 565 |
| Monica Luedecke | 9/25/2025 | 566 |
| Sharon Rich | 9/25/2025 | 571 |
| Todd Gurganus | 9/26/2025 | 577 |
| Elizabeth Lank | 9/26/2025 | 578 |
| Lorena Rochino | 9/26/2025 | 579 |
| Theresa Murata | 9/26/2025 | 580 |
| Summer Deaton | 9/26/2025 | 581 |
| Jason Cline | 9/26/2025 | 582 |
| Renee Porta | 9/26/2025 | 594 |
| Ross Mayer | 9/26/2025 | 607 |
| Michele Abroff | 9/26/2025 | 611 |
| Linda P. Jones | 9/29/2025 | 608 |
| Gary Kirschbaum | 9/29/2025 | 610 |
| Brian Murphy | 9/29/2025 | 612 |
| Bart C. Danby | 9/29/2025 | 613 |
| Mike Patterson | 9/29/2025 | 614 |
| Gilbert Anthony Centeno Jr. | 9/29/2025 | 615 |
| Joe McMillian | 9/29/2025 | 616 |
| Julia N. Lombari | 9/29/2025 | 640 |
| Christina L. Daniken | 9/29/2025 | 641 |
| Christopher and Maria Locatell | 9/29/2025 | 642 |
| John G. Cushing | 9/29/2025 | 643 |
| Lauren Lopp | 9/29/2025 | 645 |
| Jennifer M. Cushing | 9/29/2025 | 646 |
| Brad Holder | 9/29/2025 | 647 |
| Kenneth M. Lord | 9/29/2025 | 648 |

## OBJECTIONS FILED TO 9019 MOTION [DOCKET NO. 505]

| | | |
|---|---|---|
| Diane Farris | 9/29/2025 | 649 |
| Sheri Braemer | 9/29/2025 | 650 |
| Valerie L. Brinker | 9/29/2025 | 651 |
| Karen Tan | 9/29/2025 | 652 |
| Joseph H. Eylicio | 9/29/2025 | 653 |
| Rhonda Buss | 9/29/2025 | 654 |
| Dennis N. Snipe | 9/29/2025 | 655 |
| Stacy Santiago | 9/30/2025 | 657 |
| Richard Shanegan | 9/30/2025 | 658 |
| Daniel J. Slosek | 9/30/2025 | 659 |
| Manuel Berzosa | 9/30/2025 | 660 |
| Rebecca Wong | 9/30/2025 | 662 |
| Taj Showers | 9/30/2025 | 666 |
| Lynn Schulte | 9/30/2025 | 667 |
| Thelma Putzel | 9/30/2025 | 668 |
| Michelle Karel-Ward | 9/30/2025 | 670 |
| George Fetko<br>Ilan Alon<br>Richard Dewhirst<br>Marco Mormone<br>Marco Donzelli<br>Dario Boriani<br>Daniel Ross | 9/30/2025 | 678 |
| Linda P. Jones | 10/1/2025 | 639 |
| Kendra Simon | 10/1/2025 | 669 |
| Ad Hoc Group of Shareholders of Linqto, Inc. | 10/1/2025 | 671 |
| Ryan Swagar, The WRS 2020 Family Trust, and The Katherine Swagar 2020 Descendants Trust | 10/1/2025 | 672 |
| Maria Jan Pennington | 10/1/2025 | 673 |
| Mary Palmer Dargan | 10/1/2025 | 674 |
| Kimberly Schoenacher | 10/1/2025 | 679 |

## OBJECTIONS FILED TO 9019 MOTION [DOCKET NO. 505]

| Julie Ann Zolfo | 10/2/2025 | 681 |
|---|---|---|
| Anneliese Clark Weathington | 10/2/2025 | 682 |
| Michelle M. Wright, PhD | 10/2/2025 | 683 |
| Debra Monahan | 10/2/2025 | 684 |