United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | |
| LINQTO TEXAS, LLC, *et al.*[1] | : | Case No. 25-90186 |
| | | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

**AGREED ORDER GRANTING MOTION OF WILLIAM SARRIS FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW THE USE OF PROCEEDS FROM DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES FOR DEFENSE EXPENSES**

Upon consideration of the *Motion of William Sarris for Entry of an Order Modifying the Automatic Stay to Allow the Use of Proceeds from Directors and Officers Liability Insurance Policies for Defense Expenses* (the "Motion"),[2] seeking entry of any order, pursuant to sections 105(a), 362(d), and 541 of title 11 of the Bankruptcy Code, Rule 4001 of the Bankruptcy Rules, and Bankruptcy Local Rule 4001-1, (a) authorizing and, to the extent necessary, modifying the automatic stay in this proceeding to allow the Insurers to use to pay, reimburse, and/or advance covered Defense Expenses in accordance with the D&O Policies, and (b) granting related relief; and this Court having jurisdiction to consider this Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of this Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances,

---

[1] The debtors and debtors-in-possession in these Chapter 11 Cases (the "Debtors") and the last four digits of each Debtor's federal tax identification number, are: Linqto Texas, LLC [5745], Linqto, Inc. [0332], Linqto Liquidshares, LLC [8976], and Linqto Liquidshares Manager, LLC [8214]. The location of the Debtors' service address is: 101 Metro Drive, Suite 335, San Jose, CA 95110.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Insurers are authorized to advance covered "Defense Expenses" (as defined in the applicable D&O Policies) on behalf of Movant as an Individual Insured from the Insurance Proceeds in connection with any Claims against Movant that may be covered under the D&O Policies.

3. The automatic stay set forth in section 362 of the Bankruptcy Code, to the extent applicable, is hereby modified to permit the Insurers to pay, reimburse, and/or advance Defense Expenses consistent with the obligations under the D&O Policies.

4. The Movants (or their designee) shall provide the Debtors with quarterly reporting of the aggregate amount of fees and expenses paid to Movant or Movant's counsel under the D&O Policies through the end of the applicable quarter, as reported to the Movants (or their designee) by the Insurers, commencing with the quarter ending March 31, 2026.

5. Nothing herein shall constitute a finding by the Court that the proceeds of the D&O Policies are or are not property of the Debtors' estates, and the Court makes no findings as to the applicability of the automatic stay imposed by 11 U.S.C. § 362(a) to the D&O Policies' proceeds. Furthermore, the Court makes no findings regarding coverage, allocation, or priority issues.

6. Nothing in this Order shall alter the rights and obligations provided for under the terms and provisions of the D&O Policies, including, but not limited to, the rights, to the extent

any exist, of the Debtors and the Debtors' estates, under Sides B, C, and D of the applicable D&O Policies, the allocation and/or priority rights, to the extent any exist, of Insured Persons (as defined in the D&O Policies) provided by the D&O Policies.

7. To the extent applicable, the fourteen-day stay contemplated by Bankruptcy Rule 4001(a)(4) is waived, and this Order shall become effective immediately.

8. The Insurers and Movant are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: December 11, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

AGREED TO AS TO FORM AND SUBSTANCE:

STREUSAND | LANDON | OZBURN | LEMMON LLP

By: */s/ Rhonda Mates*
    Rhonda Mates (TX Bar No. 24040491)
    1800 S. MoPac, Suite 320
    Austin, Texas 78746
    mates@slollp.com

COUNSEL FOR WILLIAM SARRIS

SCHWARTZ PLLC

By: */s/ Renee D. Wells*
    Renee D. Wells (TX Bar No. 24013731)
    440 Louisiana Street, Suite 1055
    Houston, Texas 77002
    rwells@nvfirm.com

COUNSEL FOR DEBTORS