IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) Case No. 25-90186 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF FILING OF SECOND PLAN SUPPLEMENT FOR THE JOINT CHAPTER 11 PLAN OF LINQTO TEXAS, LLC AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby file this second plan supplement (the "**Second Plan Supplement**") in support of the *Joint Chapter 11 Plan of Linqto Texas, LLC and Its Debtor Affiliates* [Docket No. 1135] (as may be amended or modified from time to time including all exhibits and supplements thereto, the "**Plan**")[2] filed in these chapter 11 cases on December 9, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Second Plan Supplement includes the following document, as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:

**Exhibit A**:   Retained Causes of Action

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Second Plan Supplement, as may be amended, modified, or supplemented from time to time prior to the Effective Date, are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the applicable date as may be provided for by the Plan, the terms of any document included in the Plan Supplement, or by order of the Court.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA 94087.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "**Confirmation Hearing**") will be held before Judge Alfredo Pérez in the United States Bankruptcy Court for the Southern District of Texas, located in Courtroom 400, 515 Rusk Street Houston, Texas 77002, on **February 2, 2026, at 9:00 a.m., prevailing Central Time**, to consider confirmation of the Plan, any objections thereto, and any other matter that may properly come before the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be adjourned or continued from time to time by the Bankruptcy Court without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 cases, are available free of charge by: (a) accessing the Debtors' case website at https://dm.epiq11.com/linqto; (b) calling (888) 865-2086 (toll free) or (971) 265-0883 (international); or (c) emailing LinqtoInfo@epiqglobal.com. Additionally, you may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at https://ecf.txsb.uscourts.gov/ (a PACER account is required).

Dated: January 23, 2026  
Houston, Texas

Respectfully submitted,

**SCHWARTZ PLLC**

/s/ *Veronica A. Polnick*  
Gabrielle A. Hamm (TX Bar No. 24041047)  
Veronica A. Polnick (TX Bar No. 24079148)  
Athanasios E. Agelakopoulos (admitted *pro hac vice*)  
Renee D. Wells (TX Bar No. 24013731)  
440 Louisiana Street, Suite 1055  
Houston, Texas 77002  
Telephone:   (713) 900-3737  
Facsimile:   (702) 442-9887  
Email:   ghamm@nvfirm.com  
    vpolnick@nvfirm.com  
    aagelakopoulos@nvfirm.com  
    rwells@nvfirm.com  

Samuel A. Schwartz (admitted *pro hac vice*)  
601 East Bridger Avenue  
Las Vegas, Nevada 89101  
Telephone:   (702) 385-5544  
Facsimile:   (702) 442-9887  
Email:   saschwartz@nvfirm.com  

*Counsel for the Debtors and Debtors in Possession*