IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>LINQTO TEXAS, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-90186<br>)<br>) (Jointly Administered)<br>) **Re: Docket Nos. 1173, 1198, 1275** |

**DECLARATION OF JEFFREY S. STEIN IN SUPPORT OF DEBTORS' OBJECTION TO ROBERT CUNNINGHAM'S MOTION FOR ORDER TO SHOW CAUSE**

I, Jeffrey S. Stein, hereby declare as follows:

1. I am the Debtors' Chief Restructuring Officer. I am over the age of 18 and competent to make this Declaration.

2. I submit this declaration (this "**Declaration**") in support of the *Debtors' Objection to Robert Cunningham's Motion for Order to Show Cause.*

3. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information provided by employees of the Debtors. To the best of my knowledge, the assertions made herein are true and correct. If called upon to testify as to the contents of this Declaration, I could and would do so.

4. On January 23, 2026, I accessed a recording of a "Spaces" audio conversation room which was posted to X via Cunningham's @KuwlShow handle at the following link: https://x.com/KuwlShow/status/2001362450105708889?s=20 (the "**Spaces Recording**" and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745]. The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA 94087.

1

"**Spaces Recording Post**", respectively). Attached hereto as **Exhibit 1** is a screenshot, taken on January 23, 2026, of the Spaces Recording Post.

5. On the Spaces Recording, Cunningham, among other things, promotes the Linqto 3.0 Plan and directs listeners to where the Linqto 3.0 Plan could be accessed (the now-sealed exhibit to Docket No. 914), before expressing his objections as to the length of Debtors' exclusivity period in these Chapter 11 Cases.

6. The Spaces Recording Post is dated December 17, 2025, but was still online and the link to the Spaces Recording was fully active when I accessed it on January 23, 2026.

7. As of January 27, 2026, the Spaces Recording Post and link to the Spaces Recording remain online and active.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2026

/s/ *Jeffrey S. Stein*
Jeffrey S. Stein
Chief Restructuring Officer