United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 23, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) |
| | )    Case No. 25-90186 |
| Debtors. | ) |
| | )    (Jointly Administered) |
| | )    **Re: Docket No. 1090** |

**ORDER DENYING, IN PART, MOVANT LINDA P. JONES'S REQUEST FOR
DISMISSAL AND TURNOVER FILED AT DOCKET NO. 1090**

The Cout having commenced a hearing on February 2, 2026 (the "**Confirmation
Hearing**") to consider: (a) (1) final approval of the *Disclosure Statement for the Joint Chapter 11
Plan of Linqto Texas, LLC and its Debtor Affiliates*; (2) confirmation of the *Joint Chapter 11 Plan
of Linqto Texas, LLC and its Debtor Affiliates*; and (b) *Movant Linda P. Jones's Supplemental
Brief in Support of Dismissal and Turnover* [Docket No. 1090]; and this Court having
jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and this Court having found that
this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may
enter a final order consistent with Article III of the United States Constitution; and this Court
having found that venue of this proceeding and the Jones Request in this district is proper
pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Jones Request and
having heard the statements in support of the relief requested at the hearing before this Court;
and upon all of the proceedings had before this Court; and after due deliberation and sufficient
cause appearing therefor; and based upon the additional findings of fact and conclusions of law
on the

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax
identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC
[8214]; and Linqto Texas, LLC [5745].  The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale,
CA 94087.

record of the Confirmation Hearing, which are incorporated herein as though fully set forth herein, pursuant to Bankruptcy Rule 7052, made applicable herein by Bankruptcy Rule 9014, it is HEREBY ORDERED THAT:

1. The request for dismissal is denied. The request for turnover is defered.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 20, 2026

Alfredo R Pérez
United States Bankruptcy Judge