United States Courts
Southern District of Texas
FILED

APR 30 2026

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: Linqto, Inc., et al., Debtors |
| --- |
| Case No. 25-90186<br>Chapter 11<br>Judge Alfredo R. Pérez |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## PART 1: IDENTIFICATION OF APPELLANT

1. Name of Appellant:

   **Johannes Gerardus Reinerus (Jan) Kleipool**

2. Position of Appellant in the case:

   Unsecured Creditor / Customer Claimant (Class 4)

## PART 2: IDENTIFICATION OF ORDER APPEALED FROM

1. Description of Order:

   Memorandum Opinion on Emergency Pro Se Objection to Recovery Allocation Filed by Johannes Gerardus Reinerus (Jan) Kleipool (Docket No. 1866)

2. Date Order Was Entered:       April 21, 2026

3. Case Number:       25-90186

## PART 3: STATEMENT OF ELECTION

Pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8005, the Appellant hereby elects to have this appeal heard by the **United States District Court for the Southern District of Texas**, rather than by the Bankruptcy Appellate Panel.

## PART 4: GROUNDS FOR APPEAL

The Appellant respectfully submits that the Bankruptcy Court erred in the following respects:

1. The Court erred in finding that the Appellant's failure to timely submit an election did not constitute excusable neglect under Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993), given that the Appellant did not receive effective notice due to third-party cybersecurity interference and the absence of alternative forms of notice.

2. The Court erred in determining that allowing the Appellant to change his election would constitute a new securities offering outside the scope of 11 U.S.C. § 1145, given the unique circumstances of this case and the systemic notice deficiencies that affected multiple similarly situated creditors.

3. The Court erred in failing to give sufficient weight to the prejudice suffered by the Appellant, who has been defaulted into a Closed-End Fund (CEF) that is subject to ongoing objections by Ripple Labs, Inc. — the issuer of the underlying assets — thereby creating a material risk of illiquidity with no alternative remedy available to the Appellant.

---

## PART 5: CERTIFICATION AND SIGNATURE

I, the undersigned Appellant, certify that:

(a)   I am the Appellant identified in Part 1 above;
(b)   I have read this Notice of Appeal and verify that its contents are true and correct to the best of my knowledge and belief;
(c)   This document is not being presented for any improper purpose, such as to harass or cause unnecessary delay; and
(d)   I have served a copy of this Notice of Appeal on all required parties in accordance with the applicable Federal Rules of Bankruptcy Procedure.

Date: April 24, 2026

Johannes Gerardus Reinerus (Jan) Kleipool
Appellant, Pro Se

Address:   Citadel 37, 4194 CT, Meteren, The Netherlands

Email:   jankleipool@outlook.com

Telephone: +31621929401

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, a true and correct copy of the foregoing Notice of Appeal was served via electronic mail and/or first-class U.S. mail upon the following parties:

Counsel for the Debtors (Schwartz PLLC):
ghamm@nvfirm.com | vpolnick@nvfirm.com | aagelakopoulos@nvfirm.com | rwells@nvfirm.com

Claims Agent (Epiq):
LinqtoInfo@epiqglobal.com

Johannes Gerardus Reinerus (Jan) Kleipool