**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LINQTO TEXAS, LLC, *et al.*,[1] | ) | |
| | ) | Case No. 25-90186 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' AGENDA OF MATTERS SET FOR HEARING ON
JULY 28, 2026, AT 3:00 P.M. (PREVAILING CENTRAL TIME)**

Linqto Texas, LLC and its debtor affiliates, debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "**Debtors**"), and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Movants**") file this agenda of matters set for hearing on July 28, 2026, at 3:00 P.M. (prevailing Central Time) before the Honorable Alfredo R. Pérez in the United States Bankruptcy Court for the Southern District of Texas:

**A.    Bankruptcy Case No. 25-90186.**

1.    *Emergency Motion of Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Section 1142(b) Directing Forge Global Holdings, Inc. to Perform its Duties as Liquidating Trustee Under the Confirmed Plan* [Docket No. 2062].

    a.    Evidentiary Support.

        1.    *Declaration of Jeffrey S. Stein in Support of Motion of Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Section 1142(b) Directing Forge Global Holdings, Inc. to Perform Its*

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Linqto, Inc. [0332]; Linqto Liquidshares, LLC [8976]; Linqto Liquidshares Manager, LLC [8214]; and Linqto Texas, LLC [5745].  The location of the Debtors' service address is: P.O. Box 2859, Sunnyvale, CA 94087.

*Duties as Liquidating Trustee Under the Confirmed Plan* [Docket No. 2063].

**Status:** This matter is going forward.

B.       **Adversary Proceeding Case No. 26-03265.**

1.      *Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Docket No. 3]

   a.   Evidentiary Support.

      1.  *Declaration of Jeffrey S. Stein in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Docket No. 4].

**Status:** This matter is going forward.

Dated: July 24, 2026          Respectfully submitted,
Houston, Texas

                              **SCHWARTZ, PLLC**

                              By:  */s/ Veronica A. Polnick*
                              Gabrielle A. Hamm (TX Bar No. 24041047)
                              Veronica A. Polnick (TX Bar No. 24079148)
                              Athanasios E. Agelakopoulos (admitted *pro hac vice*)
                              Renee D. Wells (TX Bar No. 24013731)
                              440 Louisiana Street, Suite 1055
                              Houston, Texas  77002
                              Telephone:     (713) 900-3737
                              Facsimile:     (702) 442-9887
                              E-Mail:        ghamm@nvfirm.com
                                             vpolnick@nvfirm.com
                                             aagelakopoulos@nvfirm.com
                                             rwells@nvfirm.com

                              Samuel A. Schwartz (admitted *pro hac vice*)
                              601 East Bridger Avenue
                              Las Vegas, Nevada  89101
                              Telephone:     (702) 385-5544
                              Facsimile:     (702) 442-9887
                              E-Mail:        saschwartz@nvfirm.com

                              *Counsel for the Debtors and Debtors-in-Possession*

2

**BROWN RUDNICK LLP**

By:  */s/ Kenneth J. Aulet*

Adam P. Schiffer
609 Main Street Suite 3550
Houston, Texas 77002
Email: aschiffer@brownrudnick.com
Telephone: (281) 815-0511
Facsimile:  (281) 605-5699

Robert J. Stark (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Michael S. Winograd (admitted *pro hac vice*)
Seven Times Square, 47th Floor
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: mwinograd@brownrudnick.com

Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: msawyer@brownrudnick.com

*Counsel for the Official Committee of*
*Unsecured Creditors*

## Certificate of Service

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Veronica A. Polnick*
Veronica A. Polnick

3