# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, July 28, 2026

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Athanasios | Agelakopoulos | Schwartz, PLLC | Debtors and Debtors in Possession |
| Matthew | Clemente | Sidley Austin LLP | Forge Global, Inc. |
| John | Deaton | Deaton Law Firm | Deaton Represented Creditors, John Deaton (Creditor) |
| James | Ducayet | Sidley Austin LLP | Forge Global, Inc. |
| Gabrielle | Hamm | Schwartz, PLLC | Debtors and Debtors in Possession |
| Veronica | Polnick | Schwartz,  PLLC | Debtors and Debtors in Possession |
| Steven | Reisman | Katten | Special Subcommittee of Linqto, Inc. |
| Jeffrey | Stein | Breakpoint Partners, LLC | Chief Restructuring Officer |
| Renee | Wells | Schwartz, PLLC | Debtors and Debtors in Possession |